From: **Shekinah Peredo** shekinah.peredo@dss.ca.gov
Subject: Case Screening #69538 Results
Date: March 4, 2021 at 3:33 PM
To: melodyjrodgers@yahoo.com


PLAINTIFF'S EXHIBIT 16

Greetings Ms. Rogers,

This email describes the screening results for case #**69538**.

On November 30, 2020 you filed a complaint regarding relative placement for your children. Pursuant to Welfare and Institutions Code 16164, the Office of the Foster Care Ombudsperson is the independent agency that resolves complaints related to foster youth and their care, placement, services, and rights. Our office also has the discretion to decide whether to accept a complaint for investigation or to screen it out to another agency or process for resolution.

After reviewing related case documents and relevant laws and policies, our office has decided that we will not investigate your complaint at this time.

According to the recent court documents, the county submitted their ICPC packet on 11/25/2020, and it was successfully transferred to Alaska for review on 12/11/2020. Final approval for transfer to Alaska is still pending. It appears the county is aware of this relative placement change and is actively pursuing it.

I instead recommend contacting the assigned social worker for updates regarding the ICPC process. Your complaint with our office will be formally closed.

If you would like additional referrals or information, feel free to reach out to request additional resources. Please note that if you do contact our office in regards to elevating this complaint, you will be referred to the results of this screening and case closure.

Best,

Shekinah Peredo
Intake & Training Analyst | Agent #141
she/her/hers or they/them/theirs

*California Office of the Foster Care Ombudsperson*
Foster Youth Help Line **1(877)846-1602**
**fosteryouthhelp@dss.ca.gov**

CONFIDENTIALITY NOTICE: This communication with its contents may contain confidential and/or legally privileged information. It is solely for the use of the intended recipient(s). Unauthorized interception, review, use or disclosure is prohibited and may violate applicable laws including the Electronic Communications Privacy Act. If you are not the intended recipient, please contact the sender and destroy all copies of the communications.