# UNITED STATES DISTRICT COURT

for the

Eastern District of North Carolina ▼

| | |
|---|---|
| SAVE OUR CHILDREN TRUTH COMMISSION; MELODY RODGERS; MALACHI CHAPMAN; LAURIE REYNOLDS et al, <br><br> *Plaintiff(s)* <br> v. <br> UNITED STATES; JOE BIDEN; KAMALA HARRIS; XAVIER BECERRA; MERRICK B GARLAND; JERRY MILER; ASST SECRETARY OF THE DEPT OF CHILDREN AND FAMILY SERVICES; <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) |

Civil Action No. **7:22cv 178-FL**

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

MICHEAL FRANCIS EASLEY JR.
UNITED STATES ATTORNEY FOR EASTERN DISTRICT OF NORTH CAROLINA
150 Fayetteville Street
Suite 2100
Raleigh, North Carolina 27601

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

SAVE OUR CHILDREN TRUTH COMMISSION
C/O MELODY RODGERS
201 W. BAYSHORE BLVD.
JACKSONVILLE, NC 28540

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Peter A. Moore, Jr., Clerk

*CLERK OF COURT*

*Signature of Clerk or Deputy Clerk*

Date: **10/12/22**

# UNITED STATES DISTRICT COURT
### for the

| | |
|---|---|
| SAVE OUR CHILDREN TRUTH COMMISSION - MELODY RODGERS; MALACHI CHAPMAN; LAURIE REYNOLDS; TIJANA VIDANOVIC; TERESA GOIN; CECECIA EVERTEZ; NATASHA LOACH; SHANEQUA AUSTIN; MAHOGANY HUNTER;DESIREE *Plaintiff(s)* )))))))))))) | Civil Action No. 7:22cv 178-FL |
| v. | |
| THE UNITED STATES OF AMERICA; JOE BIDEN, KAMALA HARRIS; XAVIER BECERRA; MERRICK B. GARLAND; ET. AL. | |
| *Defendant(s)* | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

> The United States of America
> U.S. Department of Justice 950 Pennsylvania Avenue,
> NW Washington, DC 20530-0001

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> SAVE OUR CHILDREN TRUTH COMMISSION
> C/O MELODY RODGERS
> 201 W. BAYSHORE BLVD
> JACKSONVILLE, NC 28540

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Peter A. Moore, Jr., Clerk

*CLERK OF COURT*

Date: 10/12/22

*Signature of Clerk or Deputy Clerk*

# UNITED STATES DISTRICT COURT
### for the

| | |
|---|---|
| SAVE OUR CHILDREN TRUTH COMMISSION - MELODY RODGERS; MALACHI CHAPMAN; LAURIE REYNOLDS; TIJANA VIDANOVIC; TERESA GOIN; CECELIA EVERTEZ; NATASHA LOACH; SHANEQUA AUSTIN; MAHOGANY HUNTER;DESIREE *Plaintiff(s)* | ) ) ) ) ) ) |
| v. | ) Civil Action No. 7:22cv178-FL |
| THE UNITED STATES OF AMERICA; JOE BIDEN, KAMALA HARRIS; XAVIER BECERRA; MERRICK B. GARLAND; ET. AL. *Defendant(s)* | ) ) ) ) ) ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

JOE BIDEN
U.S. Department of Justice 950 Pennsylvania Avenue,
NW Washington, DC 20530-0001

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: SAVE OUR CHILDREN TRUTH COMMISSION
C/O MELODY RODGERS
201 W. BAYSHORE BLVD
JACKSONVILLE, NC 28540

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Peter A. Moore, Jr., Clerk

*CLERK OF COURT*

Date: 10/12/22

Sandra K Collins
*Signature of Clerk or Deputy Clerk*

# UNITED STATES DISTRICT COURT

for the

| | |
|---|---|
| SAVE OUR CHILDREN TRUTH COMMISSION - MELODY RODGERS; MALACHI CHAPMAN; LAURIE REYNOLDS; TIJANA VIDANOVIC; TERESA GOIN; CECELIA EVERTEZ; NATASHA LOACH; SHANEQUA AUSTIN; MAHOGANY HUNTER;DESIREE *Plaintiff(s)* | ) ) ) ) ) ) |
| v. | ) Civil Action No. **7:22cv178-FL** |
| THE UNITED STATES OF AMERICA; JOE BIDEN, KAMALA HARRIS; XAVIER BECERRA; MERRICK B. GARLAND; ET. AL. *Defendant(s)* | ) ) ) ) ) ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

KAMALA HARRIS
U.S. Department of Justice 950 Pennsylvania Avenue,
NW Washington, DC 20530-0001

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

SAVE OUR CHILDREN TRUTH COMMISSION
C/O MELODY RODGERS
201 W. BAYSHORE BLVD
JACKSONVILLE, NC 28540

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Peter A. Moore, Jr., Clerk

*CLERK OF COURT*

Date: **10/12/22**

*Signature of Clerk or Deputy Clerk*

# UNITED STATES DISTRICT COURT
### for the

| | | |
|---|---|---|
| SAVE OUR CHILDREN TRUTH COMMISSION - MELODY RODGERS; MALACHI CHAPMAN; LAURIE REYNOLDS; TIJANA VIDANOVIC; TERESA GOIN; CECELIA EVERTEZ; NATASHA LOACH; SHANEQUA AUSTIN; MAHOGANY HUNTER;DESIREE *Plaintiff(s)* | ) ) ) ) ) ) | |
| v. | ) | Civil Action No. **7:22cv178-FL** |
| THE UNITED STATES OF AMERICA; JOE BIDEN, KAMALA HARRIS; XAVIER BECERRA; MERRICK B. GARLAND; ET. AL. *Defendant(s)* | ) ) ) ) ) ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

XAVIER BECERRA
THE U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES
200 Independence Avenue, SW Washington, DC 20530-0001

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

SAVE OUR CHILDREN TRUTH COMMISSION
C/O MELODY RODGERS
201 W. BAYSHORE BLVD
JACKSONVILLE, NC 28540

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Peter A. Moore, Jr., Clerk
*CLERK OF COURT*

Date: **10/12/22**

*Signature of Clerk or Deputy Clerk*

# UNITED STATES DISTRICT COURT

for the

| | |
|---|---|
| SAVE OUR CHILDREN TRUTH COMMISSION - MELODY RODGERS; MALACHI CHAPMAN; LAURIE REYNOLDS; TIJANA VIDANOVIC; TERESA GOIN; CECELIA EVERTEZ; NATASHA LOACH; SHANEQUA AUSTIN; MAHOGANY HUNTER; DESIREE | ) ) ) ) ) ) |
| *Plaintiff(s)* | ) |
| v. | ) Civil Action No. **7:22cv178fc** |
| THE UNITED STATES OF AMERICA; JOE BIDEN, KAMALA HARRIS; XAVIER BECERRA; MERRICK B. GARLAND; ET. AL. | ) ) ) ) |
| *Defendant(s)* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

MERRICK B GARLAND
U.S. Department of Justice 950 Pennsylvania Avenue,
NW Washington, DC 20530-0001

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

SAVE OUR CHILDREN TRUTH COMMISSION
C/O MELODY RODGERS
201 W. BAYSHORE BLVD
JACKSONVILLE, NC 28540

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Peter A. Moore, Jr., Clerk
*CLERK OF COURT*

Date: **10/12/22**

*Signature of Clerk or Deputy Clerk*

# UNITED STATES DISTRICT COURT
### for the

| | | |
|---|---|---|
| SAVE OUR CHILDREN TRUTH COMMISSION - MELODY RODGERS; MALACHI CHAPMAN; LAURIE REYNOLDS; TIJANA VIDANOVIC; TERESA GOIN; CECELIA EVERTEZ; NATASHA LOACH; SHANEQUA AUSTIN; MAHOGANY HUNTER;DESIREE | ) ) ) ) ) ) | |
| *Plaintiff(s)* | ) | |
| v. | ) | Civil Action No. 7:22cv178-FL |
| THE UNITED STATES OF AMERICA; JOE BIDEN, KAMALA HARRIS; XAVIER BECERRA; MERRICK B. GARLAND; ET. AL. | ) ) ) ) | |
| *Defendant(s)* | ) ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*     JERRY MILNER
DIRECTOR OF THE CHILDREN'S BUREAU FOR THE ADMIN OF CHILDREN AND FAMILY SERVICES
THE U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES
330 C. St. SW Washington, DC 20001

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:     SAVE OUR CHILDREN TRUTH COMMISSION
C/O MELODY RODGERS
201 W. BAYSHORE BLVD
JACKSONVILLE, NC 28540

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Peter A. Moore, Jr., Clerk
*CLERK OF COURT*

Date:     10/12/22

*Signature of Clerk or Deputy Clerk*

# UNITED STATES DISTRICT COURT

## for the

| | |
|---|---|
| SAVE OUR CHILDREN TRUTH COMMISSION - MELODY RODGERS; MALACHI CHAPMAN; LAURIE REYNOLDS; TIJANA VIDANOVIC; TERESA GOIN; CECELIA EVERTEZ; NATASHA LOACH; SHANEQUA AUSTIN; MAHOGANY HUNTER;DESIREE __ *Plaintiff(s)* | ) ) ) ) ) ) |
| v. | ) Civil Action No. 7:22CV178 FL |
| THE UNITED STATES OF AMERICA; JOE BIDEN, KAMALA HARRIS; XAVIER BECERRA; MERRICK B. GARLAND; ET. AL. | ) ) ) ) |
| ‾ ‾ ‾ ‾ ‾ ‾ ‾ *Defendant(s)* | ) ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

> ASSISTANT SECRETARY FOR THE ADMIN OF CHILDREN AND FAMILY SERVICES
> THE U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES
> 330 C. St. SW Washington, DC 20001

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> SAVE OUR CHILDREN TRUTH COMMISSION
> C/O MELODY RODGERS
> 201 W. BAYSHORE BLVD
> JACKSONVILLE, NC 28540

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Peter A. Moore, Jr., Clerk

*CLERK OF COURT*

Date: 10/12/22

*Signature of Clerk or Deputy Clerk*

# UNITED STATES DISTRICT COURT
### for the

| | |
|---|---|
| SAVE OUR CHILDREN TRUTH COMMISSION ET. AT; MELODY RODGERS; TIJANA VIDANOVIC; RONISHA PETERS; KATHRINE THOMAS; DESIREE PETERSON; WILNIESA TURNER | ) ) ) ) |
| *Plaintiff(s)* | ) |
| v. | ) Civil Action No. 7:22cv178 FC |
| UNITED STATES, JOE BIDEN, KAMALA HARRIS, XAVIER BECERRA, MERRICK B. GARLAND; GAVIN NEWSOM; JERRY BROWN; ELENA KOUNALIKIS; JACKEY LACEY;ROB BONTO; LOS ANGELES; RIVERSIDE;MONTEREY COUNTIES | ) ) ) ) ) ) |
| *Defendant(s)* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* GAVIN NEWSOM
1021 O ST.
Suite 9000
Sacramento, CA 95814

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

SAVE OUR CHILDREN TRUTH COMMISSION
C/O KATHRINE THOMAS
1641 Bunker Hill Way
Salinas, California 93902

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Peter A. Moore, Jr., Clerk
*CLERK OF COURT*

Date: 10/12/22

Sandick Collins
*Signature of Clerk or Deputy Clerk*

# UNITED STATES DISTRICT COURT
### for the

SAVE OUR CHILDREN TRUTH COMMISSION ET. AT;
MELODY RODGERS; TIJANA VIDANOVIC; RONISHA
PETERS; KATHRINE THOMAS

_____
*Plaintiff(s)*

v.

UNITED STATES, JOE BIDEN, KAMALA HARRIS,
XAVIER BECERRA, MERRICK B. GARLAND; GAVIN
NEWSOM; JERRY BROWN; ELENA KOUNALIKIS;
JACKEY LACEY;ROB BONTO; LOS ANGELES;
~~RIVERSIDE;MONTEREY COUNTIES~~
*Defendant(s)*

)
)
)
)
)
)
)
)
)
)
)
)

Civil Action No. 7:22cv178fl

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* JERRY BROWN
1021 O ST.
Suite 9000
Sacramento, CA 95814

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you
are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ.
P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of
the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney,
whose name and address are:

SAVE OUR CHILDREN TRUTH COMMISSION
C/O TIJANA VIDANOVIC
13066 Gridley St.
Sylmar, California 91342

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.
You also must file your answer or motion with the court.

Peter A. Moore, Jr. Clerk
*CLERK OF COURT*

Date: 10/12/22

*Signature of Clerk or Deputy Clerk*

# UNITED STATES DISTRICT COURT
### for the

SAVE OUR CHILDREN TRUTH COMMISSION ET. AT;
MELODY RODGERS; TIJANA VIDANOVIC; RONISHA
PETERS; KATHRINE THOMAS

)
)
)
)

_____
*Plaintiff(s)*

)
)

v.

)

Civil Action No. 7:22cv178fc

UNITED STATES, JOE BIDEN, KAMALA HARRIS,
XAVIER BECERRA, MERRICK B. GARLAND; GAVIN
NEWSOM; JERRY BROWN; ELENA KOUNALIKIS;
JACKEY LACEY;ROB BONTO; LOS ANGELES;
RIVERSIDE;MONTEREY COUNTIES
*Defendant(s)*

)
)
)
)
)
)

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* ELENI KOUNALIKIS
1021 O St.
Suite 8730
Sacramento, CA 95814

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

SAVE OUR CHILDREN TRUTH COMMISSION
C/O TIJANA VIDANOVIC
13066 Gridley St.
Sylmar, California 91342

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Peter A. Moore, Jr., Clerk
*CLERK OF COURT*

Date: 10/12/20

*Signature of Clerk or Deputy Clerk*

# UNITED STATES DISTRICT COURT
### for the

SAVE OUR CHILDREN TRUTH COMMISSION ET. AT;
NATASHA LOACH; EMILY O'DELL; WILLIAM O'DELL;
LORIBETH AARON; TINA BRANDON

*Plaintiff(s)*

v.

UNITED STATES, JOE BIDEN, KAMALA HARRIS,
XAVIER BECERRA, MERRICK B. GARLAND; GREG
ABBOT; DAN PATRICK; KEN PAXTON; JAMIE
MASTERS; BELL, MCLENNAN, & WICHITA
COUNTIES;

*Defendant(s)*

Civil Action No. 7:22cv178fl

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

GREG ABOTT
1100 San Jacinto Blvd.
Austin, Texas, 78701

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

SAVE OUR CHILDREN TRUTH COMMISSION
C/O NATASHA LOACH
400 Liberty St.
Apt. 105
Killeen, Texas 76543

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Peter A. Moore, Jr., Clerk

*CLERK OF COURT*

Date: 10/12/22

*Signature of Clerk or Deputy Clerk*

# UNITED STATES DISTRICT COURT
### for the

| | |
|---|---|
| SAVE OUR CHILDREN TRUTH COMMISSION ET. AT; NATASHA LOACH; EMILY O'DELL; WILLIAM O'DELL; LORIBETH AARON; TINA BRANDON | ) ) ) ) |
| _____ | ) |
| *Plaintiff(s)* | ) |
| v. | ) Civil Action No. 7:22 cv178 fL |
| UNITED STATES, JOE BIDEN, KAMALA HARRIS, XAVIER BECERRA, MERRICK B. GARLAND; GREG ABBOT; DAN PATRICK; KEN PAXTON; JAMIE MASTERS; BELL, MCLENNAN, & WICHITA COUNTIES; | ) ) ) ) ) ) |
| *Defendant(s)* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* DAN PATRICK
1100 San Jacinto Blvd.
Austin, Texas 78701

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

SAVE OUR CHILDREN TRUTH COMMISSION
C/O WILLIAM AND EMILY O'DELL
670 Elmwood Dr.
Woodway, Texas 76712

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Peter A. Moore, Jr., Clerk
*CLERK OF COURT*

Date: 10/12/22

_____
*Signature of Clerk or Deputy Clerk*

# UNITED STATES DISTRICT COURT

for the

| | |
|---|---|
| SAVE OUR CHILDREN TRUTH COMMISSION - RENESHA TOMLIN, LATASHA WOOLRIDGE, KENYA CLOUD AND MORE | ) ) ) ) |
| *Plaintiff(s)* | ) ) |
| v. | ) Civil Action No. 7: 22cv 178FL |
| THE UNITED STATES OF AMERICA; JOE BIDEN, KAMALA HARRIS; XAVIER BECERRA; MERRICK B. GARLAND; ET. AL. | ) ) ) ) |
| *Defendant(s)* | ) ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

SUSANA MARTINEZ -Former Governor
8301 Jefferson St NE
Ste A
Albuquerque, NM 87113

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

SAVE OUR CHILDREN TRUTH COMMISSION
C/O RENESHA TOMLIN
1501 Edith Blvd SE,
Apartment 3
Albuquerque, New Mexico 87102

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Peter A. Moore, Jr., Clerk
*CLERK OF COURT*

Date: 10/12/22

*Signature of Clerk or Deputy Clerk*

# UNITED STATES DISTRICT COURT

for the

| | |
|---|---|
| SAVE OUR CHILDREN TRUTH COMMISSION - RENESHA TOMLIN, LATASHA WOOLRIDGE, KENYA CLOUD AND MORE | ) ) ) ) |
| _Plaintiff(s)_ | ) ) |
| v. | ) Civil Action No. 7:22cv178FL |
| THE UNITED STATES OF AMERICA; JOE BIDEN, KAMALA HARRIS; XAVIER BECERRA; MERRICK B. GARLAND; ET. AL. | ) ) ) ) |
| _Defendant(s)_ | ) ) |

## SUMMONS IN A CIVIL ACTION

To: _(Defendant's name and address)_

MICHELLE LUJAN-GRISHAW -Governor
490 Old Santa Fe
Trail Room
Santa Fe, NM 87501

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: SAVE OUR CHILDREN TRUTH COMMISSION
C/O RENESHA TOMLIN
1501 Edith Blvd SE,
Apartment 3
Albuquerque, New Mexico 87102

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Peter A. Moore, Jr., Clerk
_CLERK OF COURT_

Date: 10/12/22

_Sandra K Collins_
_Signature of Clerk or Deputy Clerk_

# UNITED STATES DISTRICT COURT
### for the

| | |
|---|---|
| SAVE OUR CHILDREN TRUTH COMMISSION - STEVEN BRADLEY, et al | ) ) ) ) |
| _Plaintiff(s)_ | ) ) |
| v. | ) Civil Action No. 7:22cv178fc |
| THE UNITED STATES OF AMERICA; JOE BIDEN, KAMALA HARRIS; XAVIER BECERRA; MERRICK B. GARLAND; DOUG DUCEY ET. AL., SCOTT COUNRT | ) ) ) ) |
| _Defendant(s)_ | ) ) |

## SUMMONS IN A CIVIL ACTION

To: _(Defendant's name and address)_ DOUG DUCEY
1700 W. Washington St.,
Phoenix, Arizona 85007


A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: SAVE OUR CHILDREN TRUTH COMMISSION
C/O STEVEN BRADLEY
22036 N. Black Canyon Highway
Lot 28, Phoenix Arizona


If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Peter A. Moore, Jr., Clerk
_CLERK OF COURT_

Date: 10/12/22

_Signature of Clerk or Deputy Clerk_

# UNITED STATES DISTRICT COURT
### for the

| | |
|---|---|
| SAVE OUR CHILDREN TRUTH COMMISSION - JOY TYLER AND ROBERT LISBY JR.; STEPHANIE HUMPHRIES; APRIL FOX; et al<br><br>*Plaintiff(s)*<br>v.<br>THE UNITED STATES OF AMERICA; JOE BIDEN, KAMALA HARRIS; XAVIER BECERRA; MERRICK B. GARLAND; RON DESANTIS; ST LUCIE COUNTY; MARION COUNTY; MIAMI-DADE COUNTY; KIDS CENTRAL INC.<br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

Civil Action No. **7:22cv178FL**

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* RON DESANTIS
400 S. MONROE ST.
TALLAHASSEE, FLORIDA 32399

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: SAVE OUR CHILDREN TRUTH COMMISSION
C/O APRIL FOX
3054 NW 203 LANE
MIAMI GARDENS, FLORIDA 33056

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Peter A. Moore, Jr., Clerk
*CLERK OF COURT*

Date: **10/12/22**

*Signature of Clerk or Deputy Clerk*

# UNITED STATES DISTRICT COURT

### for the

| | |
|---|---|
| SAVE OUR CHILDREN TRUTH COMMISSION - JESSICA KIRBY; et al | ) ) ) ) ) |
| *Plaintiff(s)* | ) ) |
| v. | ) Civil Action No. 7:22cv178FL |
| THE UNITED STATES OF AMERICA; JOE BIDEN, KAMALA HARRIS; XAVIER BECERRA; MERRICK B. GARLAND; JERRY MILNER; et al; TOM WOLF; ALLEGHANY COUNTY | ) ) ) ) ) |
| *Defendant(s)* | ) |

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

> TOM WOLF
> 508 MAIN CAPITAL BUILDING
> HARRISBURG, PENNSYLVANIA 17120

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> SAVE OUR CHILDREN TRUTH COMMISSION
> C/O JESSICA KIRBY
> P.O. Box 5599
> PITTSBURGH, PENNSYLVANIA 15207

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Peter A. Moore, Jr., Clerk

*CLERK OF COURT*

Date: 10/12/22

*Signature of Clerk or Deputy Clerk*

# UNITED STATES DISTRICT COURT
### for the

| | |
|---|---|
| SAVE OUR CHILDREN TRUTH COMMISSION - LAURIE REYNOLDS; KRISTEN CLARK-HASSELL; KESHIA HOLLIMAN et al | ) ) ) ) |
| *Plaintiff(s)* | ) ) |
| v. | ) Civil Action No. 7:22cv178FL |
| THE UNITED STATES OF AMERICA; JOE BIDEN, KAMALA HARRIS; XAVIER BECERRA; MERRICK B. GARLAND; JERRY MILNER; et al; BRIAN KEMP; CAMDEN COUNTY; LAURENS COUNTY | ) ) ) ) ) |
| *Defendant(s)* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

GOVERNOR BRIAN KEMP
206 Washington St.,
11 State Capitol
Suite 203
Atlanta, Georgia 30334

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

SAVE OUR CHILDREN TRUTH COMMISSION
C/O KESHIA HOLLIMAN
103 GALTIN DR.
206A3
Dublin Georgia, 31027

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Peter A. Moore, Jr., Clerk

*CLERK OF COURT*

Date: 10/12/22

*Signature of Clerk or Deputy Clerk*

# UNITED STATES DISTRICT COURT
### for the

| | |
|---|---|
| SAVE OUR CHILDREN TRUTH COMMISSION - CONNIE L. JOHNSON et al | ) ) ) ) ) |
| *Plaintiff(s)* | ) |
| v. | ) |
| THE UNITED STATES OF AMERICA; JOE BIDEN, KAMALA HARRIS; XAVIER BECERRA; MERRICK B. GARLAND; JERRY MILNER; BILL LEE; BLOUNT COUNTY | ) ) ) ) |
| *Defendant(s)* | ) |

Civil Action No. **7:22cv178FL**

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

BILL LEE
State Capitol
First Floor
Suite 600
Dr. Martin Luther King Jr. Blvd
Nashville, Tennessee 37243

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

SAVE OUR CHILDREN TRUTH COMMISSION
C/O CONNIE L. JOHNSON
700 Hollywood Rd.
Knoxville,Tennessee 37919

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Peter A. Moore, Jr., Clerk
*CLERK OF COURT*

Date: **10/12/22**

*Signature of Clerk or Deputy Clerk*

# UNITED STATES DISTRICT COURT
for the

SAVE OUR CHILDREN TRUTH COMMISSION -
RAYMOND SIPULT; RUSS CODY; GLENDA CODY;
KEONA BRADLY; AMANDA HUNT; JOE STEINKE  et
al

*Plaintiff(s)*

v.

THE UNITED STATES OF AMERICA. JOE BIDEN,
KAMALA HARRIS; XAVIER BECERRA; MERRICK B.
GARLAND; JERRY MILNER; KATHLEEN LAURA
KELLY; WILLIAM CLARK; ST. FRANCIS MINISTRIES

*Defendant(s)*

)
)
)
)
)
)
)
)
)
)
)
)

Civil Action No. **7:22cv 178 FL**

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

KATHLEEN LAURA KELLY
State House 300 South West 10th Ave
#241s
Topeka, Kansas 66612

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

SAVE OUR CHILDREN TRUTH COMMISSION
C/O  RAYMOND SIPULT
1314 N. Oliver Ave.
P.O BOX 20571
Wichita, Kansas 67208

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Peter A. Moore, Jr., Clerk
*CLERK OF COURT*

Date:  10/12/22

*Signature of Clerk or Deputy Clerk*

# UNITED STATES DISTRICT COURT
### for the

| | |
|---|---|
| SAVE OUR CHILDREN TRUTH COMMISSION - et al MALACHI CHAPMAN, SHANEQUA B AUSTIN, LISA CASH, DMITRI CASH | ) ) ) ) |
| *Plaintiff(s)* | ) ) |
| v. | ) Civil Action No. 7:22cv178FL |
| THE UNITED STATES OF AMERICA; JOE BIDEN, KAMALA HARRIS; XAVIER BECERRA; MERRICK B. GARLAND; JERRY MILNER; KATHY HOCHUL; KINGS COUNTY; MONROE COUNTY | ) ) ) ) ) ) |
| *Defendant(s)* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

> KATHY HOCHUL
> NYS State Capitol Building
> Albany, New York 12224

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> SAVE OUR CHILDREN TRUTH COMMISSION
> C/O MALACHI CHAPMAN
> 476 Dekalb Ave Apt
> #8C
> Brooklyn, New York 11205

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Peter A. Moore, Jr., Clerk
*CLERK OF COURT*

Date: 10/12/22

*Sandra K Collins*
*Signature of Clerk or Deputy Clerk*

# UNITED STATES DISTRICT COURT

## for the

SAVE OUR CHILDREN TRUTH COMMISSION ET. AT;
MELODY RODGERS; TIJANA VIDANOVIC; RONISHA
PETERS; KATHRINE THOMAS; DESIREE
PETERSON; WILNIESA TURNER

*Plaintiff(s)*

v.

UNITED STATES, JOE BIDEN, KAMALA HARRIS,
XAVIER BECERRA, MERRICK B. GARLAND; GAVIN
NEWSOM; JERRY BROWN; ELENA KOUNALIKIS;
JACKEY LACEY; ROB BONTO; LOS ANGELES;
RIVERSIDE;MONTEREY COUNTIES

*Defendant(s)*

)
)
)
)
)
)
)
)
)
)
)
)

Civil Action No. 7:22cv178-fl

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* JACKEY LACEY
300 S. Spring St.
Los Angeles CA 90013-1230

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

SAVE OUR CHILDREN TRUTH COMMISSION
C/O TIJANA VIDANOVIC
13066 Gridley St.
Sylmar, California 91342

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Peter A. Moore, Jr., Clerk

*CLERK OF COURT*

Date: 10/12/22

*Signature of Clerk or Deputy Clerk*

# UNITED STATES DISTRICT COURT
for the

SAVE OUR CHILDREN TRUTH COMMISSION ET. AT;
MELODY RODGERS; TIJANA VIDANOVIC; RONISHA
PETERS; KATHRINE THOMAS; DESIREE
PETERSON; WILNIESA TURNER

*Plaintiff(s)*

v.

UNITED STATES, JOE BIDEN, KAMALA HARRIS,
XAVIER BECERRA, MERRICK B. GARLAND; GAVIN
NEWSOM; JERRY BROWN; ELENA KOUNALIKIS;
JACKEY LACEY; ROB BONTO; LOS ANGELES;
RIVERSIDE;MONTEREY COUNTIES

*Defendant(s)*

)
)
)
)
)
)
)
)
)
)
)

Civil Action No. 7:22cv178FL

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* ROB BONTO
300 S. Spring St.
Los Angeles CA 90013-1230

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

SAVE OUR CHILDREN TRUTH COMMISSION
C/O TIJANA VIDANOVIC
13066 Gridley St.
Sylmar, California 91342

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Peter A. Moore, Jr., Clerk

*CLERK OF COURT*

Date: 10/12/22

*Signature of Clerk or Deputy Clerk*

# UNITED STATES DISTRICT COURT
### for the

SAVE OUR CHILDREN TRUTH COMMISSION ET. AT;
NATASHA LOACH; EMILY O'DELL; WILLIAM O'DELL;
LORIBETH AARON; TINA BRANDON

—————————————————————————
*Plaintiff(s)*

v.

UNITED STATES, JOE BIDEN, KAMALA HARRIS,
XAVIER BECERRA, MERRICK B. GARLAND; GREG
ABBOT; DAN PATRICK; KEN PAXTON; JAMIE
MASTERS; BELL, MCLENNAN, & WICHITA
COUNTIES;
—————————————————————————
*Defendant(s)*

)
)
)
)
)
)
)
)
)
)
)

Civil Action No. **7:22cv 178 FL**

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

KEN PAXTON ("PAXTON")
P.O. Box 12548
Austin, Texas 78711-2548

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

SAVE OUR CHILDREN TRUTH COMMISSION
C/O NATASHA LOACH
400 Liberty St.
Apt. 105
Killeen, Texas 76543

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Peter A. Moore, Jr., Clerk

*CLERK OF COURT*

Date: **10/12/22**

*Signature of Clerk or Deputy Clerk*

# UNITED STATES DISTRICT COURT

### for the

SAVE OUR CHILDREN TRUTH COMMISSION ET. AT;
NATASHA LOACH; EMILY O'DELL; WILLIAM O'DELL;
LORIBETH AARON; TINA BRANDON

)
)
)
)
)

*Plaintiff(s)*

v.

UNITED STATES, JOE BIDEN, KAMALA HARRIS,
XAVIER BECERRA, MERRICK B. GARLAND; GREG
ABBOT; DAN PATRICK; KEN PAXTON; JAMIE
MASTERS; BELL, MCLENNAN, & WICHITA
COUNTIES;

*Defendant(s)*

)
)
)
)
)
)
)

Civil Action No. **7:22CV178FL**

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* JAIMIE MASTERS
P.O. Box 149030
Austin, Texas 78714-9030

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

SAVE OUR CHILDREN TRUTH COMMISSION
C/O WILLIAM AND EMILY O'DELL
670 Elmwood Dr.
Woodway, Texas 76712

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: **10/12/22**

*Signature of Clerk or Deputy Clerk*

# UNITED STATES DISTRICT COURT

for the

| | |
|---|---|
| SAVE OUR CHILDREN TRUTH COMMISSION - RAYMOND SIPULT; RUSS CODY; GLENDA CODY; KEONA BRADLY; AMANDA HUNT; JOE STEINKE et al | ) ) ) ) |
| *Plaintiff(s)* | ) ) |
| v. | ) Civil Action No. 7:22cv178FL |
| THE UNITED STATES OF AMERICA  JOE BIDEN, KAMALA HARRIS; XAVIER BECERRA; MERRICK B. GARLAND; JERRY MILNER; KATHLEEN LAURA KELLY; WILLIAM CLARK; ST. FRANCIS MINISTRIES | ) ) ) ) ) |
| *Defendant(s)* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* WILLIAM CLARK
PRESIDENT OF SAINT FRANCIS MINISTRIES
509 E. Elm St.,
Salina. Kansas  67401

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

SAVE OUR CHILDREN TRUTH COMMISSION
C/O  RAYMOND SIPULT
1314 N. Oliver Ave.
P.O BOX 20571
Wichita. Kansas 67208

If you fail to respond. judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Peter A. Moore, Jr., Clerk
*CLERK OF COURT*

Date: 10/12/22

*Signature of Clerk or Deputy Clerk*

# UNITED STATES DISTRICT COURT
for the

| | |
|---|---|
| SAVE OUR CHILDREN TRUTH COMMISSION - RAYMOND SIPULT; RUSS CODY; GLENDA CODY; KEONA BRADLY; AMANDA HUNT; JOE STEINKE et al<br><br>*Plaintiff(s)*<br><br>v.<br><br>THE UNITED STATES OF AMERICA; JOE BIDEN, KAMALA HARRIS; XAVIER BECERRA; MERRICK B. GARLAND; JERRY MILNER; KATHLEEN LAURA KELLY; WILLIAM CLARK; ST. FRANCIS MINISTRIES<br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

Civil Action No. 7:22CV178FL

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

> SAINT FRANCIS MINISTRIES
> 4155 E. Harry St.
> Wichita, Kansas, 67218

A lawsuit has been filed against you

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> SAVE OUR CHILDREN TRUTH COMMISSION
> C/O RAYMOND SIPULT
> 1314 N. Oliver Ave.
> P.O BOX 20571
> Wichita, Kansas 67208

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Peter A. Moore, Jr., Clerk

*CLERK OF COURT*

Date: 10/12/22

*Signature of Clerk or Deputy Clerk*

# UNITED STATES DISTRICT COURT
### for the

| | |
|---|---|
| SAVE OUR CHILDREN TRUTH COMMISSION - JOY TYLER AND ROBERT LISBY JR.; STEPHANIE DENISE HUMPHRIES; APRIL FOX; et al | )<br>)<br>)<br>) |
| *Plaintiff(s)* | ) |
| v. | )   Civil Action No. **7:22CV178FL** |
| THE UNITED STATES OF AMERICA; JOE BIDEN, KAMALA HARRIS; XAVIER BECERRA; MERRICK B. GARLAND; RON DESANTIS; ST LUCIE COUNTY; MARION COUNTY; MIAMI-DADE COUNTY; KIDS CENTRAL INC. | )<br>)<br>)<br>)<br>)<br>) |
| *Defendant(s)* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* KIDS CENTRAL INC Aka THE CENTERS INC
901 Industrial Dr.
Suite 200,
Wildwood, Florida 34785

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

SAVE OUR CHILDREN TRUTH COMMISSION
C/O STEPHANIE DENISE HUMPHRIES
13083 HUNTINGTON WOODS AVE
Spring Hill, FLORIDA 34609

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Peter A. Moore, Jr., Clerk

*CLERK OF COURT*

Date: **10/12/22**

*Signature of Clerk or Deputy Clerk*

# UNITED STATES DISTRICT COURT
for the

SAVE OUR CHILDREN TRUTH COMMISSION -
STEVEN BRADLEY, et al

*Plaintiff(s)*

v.

THE UNITED STATES OF AMERICA; JOE BIDEN,
KAMALA HARRIS; XAVIER BECERRA; MERRICK B.
GARLAND; DOUG DUCEY ET. AL., SCOTT COUNRT

*Defendant(s)*

Civil Action No. 7:22CV178FL

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Maricopa County
301 W. Jefferson St.
Phoenix, Arizona 85003

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: SAVE OUR CHILDREN TRUTH COMMISSION
C/O STEVEN BRADLEY
22036 N. Black Canyon Highway
Lot 28, Phoenix Arizona

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Peter A. Moore, Jr., Clerk

*CLERK OF COURT*

Date: 10/12/22

*Signature of Clerk or Deputy Clerk*

# UNITED STATES DISTRICT COURT

### for the

| | |
|---|---|
| SAVE OUR CHILDREN TRUTH COMMISSION - KRISTINA SINGLETON BALDWIN, et al | ) ) ) ) |
| *Plaintiff(s)* | ) |
| v. | ) |
| THE UNITED STATES OF AMERICA; JOE BIDEN, KAMALA HARRIS; XAVIER BECERRA; MERRICK B. GARLAND; SCOTT COUNTY; | ) ) ) ) |
| *Defendant(s)* | ) ) |

Civil Action No. 7:22cu178FL

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* SCOTT COUNTY
100 W. 1st ST.
WALDRON, ARKANSAS 72958

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: SAVE OUR CHILDREN TRUTH COMMISSION
C/O KRISTINA SINGLETON BALDWIN
3223 QUINCY ST.
FORT SMITH, ARKANSAS 72903

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Peter A. Moore, Jr., Clerk
*CLERK OF COURT*

Date: 10/10/22

*Signature of Clerk or Deputy Clerk*

# UNITED STATES DISTRICT COURT
### for the

| | |
|---|---|
| SAVE OUR CHILDREN TRUTH COMMISSION ET. AT; MELODY RODGERS; TIJANA VIDANOVIC; RONISHA PETERS; KATHRINE THOMAS | ) ) ) ) |
| *Plaintiff(s)* | ) ) |
| v. | ) |
| UNITED STATES, JOE BIDEN, KAMALA HARRIS, XAVIER BECERRA, MERRICK B. GARLAND; GAVIN NEWSOM; JERRY BROWN; ELENA KOUNALIKIS; JACKEY LACEY;ROB BONTO; LOS ANGELES; RIVERSIDE;MONTEREY COUNTIES | ) ) ) ) ) ) |
| *Defendant(s)* | ) |

Civil Action No. **7:22CV178FL**

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* LOS ANGELES COUNTY
300 S. Spring St.
Los Angeles California 90013

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

SAVE OUR CHILDREN TRUTH COMMISSION
C/O TIJANA VIDANOVIC
13066 Gridley St.
Sylmar, California 91342

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: **10/12/22**

_____
*Signature of Clerk or Deputy Clerk*

# UNITED STATES DISTRICT COURT

for the

SAVE OUR CHILDREN TRUTH COMMISSION ET. AT;
MELODY RODGERS; TIJANA VIDANOVIC; RONISHA
PETERS; KATHRINE THOMAS; DESIREE
PETERSON; WILNIESA TURNER

*Plaintiff(s)*

v.

UNITED STATES, JOE BIDEN, KAMALA HARRIS,
XAVIER BECERRA, MERRICK B. GARLAND; GAVIN
NEWSOM; JERRY BROWN; ELENA KOUNALIKIS;
JACKEY LACEY; ROB BONTO; LOS ANGELES;
RIVERSIDE;MONTEREY COUNTIES

*Defendant(s)*

)
)
)
)
)
)
)
)
)
)
)
)

Civil Action No. 7:22CV178FL

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* RIVERSIDE COUNTY CALIFORNIA
3960 Orange St.
Riverside, California 92501

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

SAVE OUR CHILDREN TRUTH COMMISSION
C/O RONISHA PETERS
7381 La Tijera Blvd
Apt 451304
LOS ANGELES, California 90045

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 10/12/22

*Signature of Clerk or Deputy Clerk*

# UNITED STATES DISTRICT COURT
### for the

SAVE OUR CHILDREN TRUTH COMMISSION ET. AT;
MELODY RODGERS; TIJANA VIDANOVIC; RONISHA
PETERS; KATHRINE THOMAS; DESIREE
PETERSON; WILNIESA TURNER

*Plaintiff(s)*

v.

UNITED STATES, JOE BIDEN, KAMALA HARRIS,
XAVIER BECERRA, MERRICK B. GARLAND; GAVIN
NEWSOM; JERRY BROWN; ELENA KOUNALIKIS;
JACKEY LACEY;ROB BONTO; LOS ANGELES;
RIVERSIDE;MONTEREY COUNTIES

*Defendant(s)*

)
)
)
)
)
)
)
)
)
)
)
)

Civil Action No. 7:22cv178FL

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* MONTEREY COUNTY CALIFORNIA
142 W. Alisal St.
Suite A, Salinas
California 93901

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

SAVE OUR CHILDREN TRUTH COMMISSION
C/O KATHRINE THOMAS
1641 Bunker Hill Way
Salinas, California 93902

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Peter A. Moore, Jr., Clerk
*CLERK OF COURT*

Date: 10/12/22

*Signature of Clerk or Deputy Clerk*

# UNITED STATES DISTRICT COURT
### for the

| | |
|---|---|
| SAVE OUR CHILDREN TRUTH COMMISSION - JOY TYLER AND ROBERT LISBY JR.; STEPHANIE DENISE HUMPHRIES; APRIL FOX; et al | ) ) ) ) |
| *Plaintiff(s)* | ) ) |
| v. | ) |
| THE UNITED STATES OF AMERICA; JOE BIDEN, KAMALA HARRIS; XAVIER BECERRA; MERRICK B. GARLAND; RON DESANTIS; ST LUCIE COUNTY; MARION COUNTY; MIAMI-DADE COUNTY; KIDS CENTRAL INC. | ) ) ) ) ) ) |
| *Defendant(s)* | ) |

Civil Action No. 7:22cv178FL

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

MARION COUNTY
601 SE 25th Ave.,
Ocala, Florida 34471

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

SAVE OUR CHILDREN TRUTH COMMISSION
C/O STEPHANIE DENISE HUMPHRIES
13083 HUNTINGTON WOODS AVE
Spring Hill, FLORIDA 34609

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Peter A. Moore, Jr., Clerk
*CLERK OF COURT*

Date: 10/12/22

*Signature of Clerk or Deputy Clerk*

# UNITED STATES DISTRICT COURT
### for the

| | |
|---|---|
| SAVE OUR CHILDREN TRUTH COMMISSION - JOY TYLER AND ROBERT LISBY JR.; STEPHANIE HUMPHRIES; APRIL FOX; et al | ) ) ) ) |
| *Plaintiff(s)* | ) ) |
| v. | ) Civil Action No. 7:22cv178-FL |
| THE UNITED STATES OF AMERICA; JOE BIDEN, KAMALA HARRIS; XAVIER BECERRA; MERRICK B. GARLAND; RON DESANTIS; ST LUCIE COUNTY; MARION COUNTY; MIAMI-DADE COUNTY; KIDS CENTRAL INC. | ) ) ) ) ) ) |
| *Defendant(s)* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* MIAMI-DADE COUNTY
1350 NW 12TH Ave.,
Miami, Florida 33136

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  SAVE OUR CHILDREN TRUTH COMMISSION
C/O APRIL FOX
3054 NW 203 LANE
MIAMI GARDENS, FLORIDA 33056

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Peter A. Moore, Jr., Clerk

*CLERK OF COURT*

Date: *10/12/22*

*Signature of Clerk or Deputy Clerk*

# UNITED STATES DISTRICT COURT
for the

| | |
|---|---|
| SAVE OUR CHILDREN TRUTH COMMISSION - JOY TYLER AND ROBERT LISBY JR.; STEPHANIE HUMPHRIES; APRIL FOX; et al<br><br>*Plaintiff(s)*<br>v.<br>THE UNITED STATES OF AMERICA: JOE BIDEN, KAMALA HARRIS; XAVIER BECERRA; MERRICK B. GARLAND; RON DESANTIS; ST LUCIE COUNTY; MARION COUNTY; MIAMI-DADE COUNTY; KIDS CENTRAL INC.<br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

Civil Action No. 7:22cv 178-FL

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

ST. LUCIE COUNTY
411 S. 2ND St.
Fort Pierce Florida, 34509

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

SAVE OUR CHILDREN TRUTH COMMISSION
C/O JOY TYLER AND ROBERT LISBY JR.
1708 N 12TH ST.
APT A
FORT PIERCE, FLORIDA 34950

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Peter A. Moore, Jr., Clerk

*CLERK OF COURT*

Date: 10/12/22

*Signature of Clerk or Deputy Clerk*

# UNITED STATES DISTRICT COURT

for the

|  |  |
|---|---|
| SAVE OUR CHILDREN TRUTH COMMISSION - LAURIE REYNOLDS; KRISTEN CLARK-HASSELL; KESHIA HOLLIMAN et al | ) ) ) ) |
| *Plaintiff(s)* | ) |
| v. | ) |
| THE UNITED STATES OF AMERICA; JOE BIDEN, KAMALA HARRIS; XAVIER BECERRA; MERRICK B. GARLAND; JERRY MILNER; et al; BRIAN KEMP; CAMDEN COUNTY; LAURENS COUNTY | ) ) ) ) ) |
| *Defendant(s)* | ) |

Civil Action No. 7:22cv 178 FL

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

CAMDEN COUNTY
210 E. 4th St.
Woodbine, Georgia, 31569

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

SAVE OUR CHILDREN TRUTH COMMISSION
C/O LAURIE REYNOLDS
600 Victoria's Circle
St. Mary's Georgia, 31558

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Peter A. Moore, Jr., Clerk

*CLERK OF COURT*

Date: 10/12/22

*Signature of Clerk or Deputy Clerk*

# UNITED STATES DISTRICT COURT

for the

| | |
|---|---|
| SAVE OUR CHILDREN TRUTH COMMISSION - LAURIE REYNOLDS; KRISTEN CLARK-HASSELL; KESHIA HOLLIMAN et al | )<br>)<br>)<br>) |
| *Plaintiff(s)* | ) |
| v. | ) |
| THE UNITED STATES OF AMERICA; JOE BIDEN, KAMALA HARRIS; XAVIER BECERRA; MERRICK B. GARLAND; JERRY MILNER; et al; BRIAN KEMP; CAMDEN COUNTY; LAURENS COUNTY | )<br>)<br>)<br>)<br>) |
| *Defendant(s)* | ) |

Civil Action No. 7:22cv178 FL

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

LAURENS COUNTY
210 E. 4th St.
Woodbine, Georgia, 31569

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

SAVE OUR CHILDREN TRUTH COMMISSION
C/O KESHIA HOLLIMAN
103 GATLIN DR.
206 A3
DUBLIN, GEORGIA

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Peter A. Moore, Jr., Clerk

CLERK OF COURT

Date: 10/12/22

*Signature of Clerk or Deputy Clerk*

# UNITED STATES DISTRICT COURT

for the

SAVE OUR CHILDREN TRUTH COMMISSION ET. AT;
CHRISTINA ANDERSON

_____
*Plaintiff(s)*

v.

United States, JOE BIDEN, KAMALA HARRIS,
XAVIER BECERRA, MERRICK B. GARLAND; ASST
SECRETARY OF CHILDREN FAMILY SERVICES; ST.
MARY'S COUNTY MARYLAND

_____
*Defendant(s)*

)
)
)
)
)
)
)
)
)
)
)

Civil Action No. 7:22cv178FL

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

ST. MARY'S COUNTY MARYLAND
23110 Leonard Hall Dr.
Leonardtown, Maryland, 20650

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

SAVE OUR CHILDREN TRUTH COMMISSION
C/O CHRISTINA ANDERSON
2550 Ironwood Way
Apt E
Lexington Park, Maryland 20653

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Peter A. Moore, Jr., Clerk
*CLERK OF COURT*

Date: 10/12/22

*Signature of Clerk or Deputy Clerk*

# UNITED STATES DISTRICT COURT

### for the

SAVE OUR CHILDREN TRUTH COMMISSION
SALLY BORGHESE; TERESA GOIN; DAVID MINES;
QUEENA HACKNEY; BRANDEE RISTEMA et al

*Plaintiff(s)*

v.

THE UNITED STATES OF AMERICA; JOE BIDEN,
KAMALA HARRIS; XAVIER BECERRA; MERRICK B.
GARLAND; JERRY MILNER; GRETCHEN WHITMER;
KENT COUNTY; OAKLAND COUNTY

*Defendant(s)*

)
)
)
)
)
)
)
)
)
)
)

Civil Action No. 7:22CV178-FL

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

KENT COUNTY
8201 Ionia Ave NW
Grand Rapids, Michigan, 49503

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you
are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ.
P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of
the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney,
whose name and address are:

SAVE OUR CHILDREN TRUTH COMMISSION
C/O QUEENA HACKNEY
2616 CHARLESGATE SW
WYOMING, MICHIGAN 49509

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.
You also must file your answer or motion with the court.

Peter A. Moore, Jr., Clerk

*CLERK OF COURT*

Date: 10/12/22

*Signature of Clerk or Deputy Clerk*

# UNITED STATES DISTRICT COURT
### for the

| | |
|---|---|
| SAVE OUR CHILDREN TRUTH COMMISSION ; SALLY BORGHESE; TERESA GOIN; DAVID MINES; QUEENA HACKNEY; BRANDEE RISTEMA et al | ) ) ) ) ) |
| *Plaintiff(s)* | ) |
| v. | ) |
| THE UNITED STATES OF AMERICA, JOE BIDEN, KAMALA HARRIS; XAVIER BECERRA; MERRICK B. GARLAND; JERRY MILNER; GRETCHEN WHITMER; KENT COUNTY; OAKLAND COUNTY | ) ) ) ) ) |
| *Defendant(s)* | ) |

Civil Action No. 7:22 cv 178 FL

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

> OAKLAND COUNTY
> 1200 N. Telegraph Rd.
> West Wing-Building 14E
> Pontiac, Michigan, 48341

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> SAVE OUR CHILDREN TRUTH COMMISSION
> C/O TERESA GOIN
> 841 West Alpha Parkway
> Waterford, Michigan, 48328

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Peter A. Moore, Jr., Clerk

*CLERK OF COURT*

Date: 10/12/22

*Signature of Clerk or Deputy Clerk*

# UNITED STATES DISTRICT COURT

for the

SAVE OUR CHILDREN TRUTH COMMISSION -
RENESHA TOMLIN, LATASHA WOOLRIDGE, KENYA
CLOUD AND MORE

*Plaintiff(s)*

v.

THE UNITED STATES OF AMERICA; JOE BIDEN,
KAMALA HARRIS; XAVIER BECERRA; MERRICK B.
GARLAND; ET. AL.

*Defendant(s)*

Civil Action No. 7:22CV 178FL

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Bernalillo County
Steve Schiff District Attorney Building,
520 Lomas NW,
Fourth Floor
Albuquerque, New Mexico 87102

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: SAVE OUR CHILDREN TRUTH COMMISSION
C/O RENESHA TOMLIN
1501 Edith Blvd SE,
Apartment 3
Albuquerque, New Mexico 87102

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Peter A. Moore, Jr., Clerk

*CLERK OF COURT*

Date: 10/12/20

*Signature of Clerk or Deputy Clerk*

# UNITED STATES DISTRICT COURT

### for the

| | |
|---|---|
| SAVE OUR CHILDREN TRUTH COMMISSION - et al MALACHI CHAPMAN, SHANEQUA B AUSTIN, LISA CASH, DMITRI CASH | ) ) ) ) |
| *Plaintiff(s)* | ) ) |
| v. | ) |
| THE UNITED STATES OF AMERICA; JOE BIDEN, KAMALA HARRIS; XAVIER BECERRA; MERRICK B. GARLAND; JERRY MILNER; KATHY HOCHUL; KINGS COUNTY; MONROE COUNTY | ) ) ) ) |
| *Defendant(s)* | ) |

Civil Action No. 7:22CV178FL

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

KINGS COUNTY
350 Jay St. 16th Floor
Brooklyn, New York 11201

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

SAVE OUR CHILDREN TRUTH COMMISSION
C/O MALACHI CHAPMAN
470 Dekalb Ave Apt
#8C
Brooklyn, New York 11205

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Peter A. Moore, Jr., Clerk

*CLERK OF COURT*

Date: 10/12/22

*Signature of Clerk or Deputy Clerk*

# UNITED STATES DISTRICT COURT
### for the

| | |
|---|---|
| SAVE OUR CHILDREN TRUTH COMMISSION - et al<br>MALACHI CHAPMAN, SHANEQUA B AUSTIN, LISA<br>CASH, DMITRI CASH<br><br>*Plaintiff(s)*<br>v.<br>THE UNITED STATES OF AMERICA; JOE BIDEN,<br>KAMALA HARRIS; XAVIER BECERRA; MERRICK B.<br>GARLAND; JERRY MILNER; KATHY HOCHUL;<br>KINGS COUNTY; MONROE COUNTY<br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

Civil Action No. 7:22cv178-FL

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

MONROE COUNTY NEW YORK
47 S Fitzhugh St.
Rochester, NY 14614

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

SAVE OUR CHILDREN TRUTH COMMISSION
C/O SHANEQUA B AUSTIN
34 N. Clinton Ave.
Rochester, New York 14605

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Peter A. Moore, Jr., Clerk

*CLERK OF COURT*

Date: 10/12/22

*Signature of Clerk or Deputy Clerk*

# UNITED STATES DISTRICT COURT

for the

SAVE OUR CHILDREN TRUTH COMMISSION ET. AT;
DEANNA ROBINSON

)
)
)
)
)

*Plaintiff(s)*

v.

THE United States of AMERICA, JOE BIDEN,
KAMALA HARRIS, XAVIER BECERRA, MERRICK B.
GARLAND; US ASST SECRETARY OF CHILDREN
AND FAMILY SERVICES; SCOTT COUNTY OHIO

)
)
)
)
)
)
)

*Defendant(s)*

Civil Action No. 7:22cv178FL

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

WASHINGTON COUNTY OHIO
205 PUTNAM ST.
MARIETTA, OHIO 45750

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

SAVE OUR CHILDREN TRUTH COMMISSION
C/O DEANNA ROBINSON
2650 Moss Run Rd.
Marietta, Ohio 45750

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Peter A. Moore, Jr., Clerk
*CLERK OF COURT*

Date: 10/12/30

*Signature of Clerk or Deputy Clerk*

# UNITED STATES DISTRICT COURT
### for the

| | |
|---|---|
| SAVE OUR CHILDREN TRUTH COMMISSION - JESSICA KIRBY; et al | ) ) ) ) ) |
| *Plaintiff(s)* | ) |
| v. | ) |
| THE UNITED STATES OF AMERICA; JOE BIDEN, KAMALA HARRIS; XAVIER BECERRA; MERRICK B. GARLAND; JERRY MILNER; et al; TOM WOLF; ALLEGHANY COUNTY | ) ) ) ) ) |
| *Defendant(s)* | ) |

Civil Action No. **7:22CV178FC**

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

> ALLEGHANY COUNTY
> 300 FORT PITT COMMONS BUILDING
> 445 FORT PITT BOULEVARD
> PITTSBURGH, PENNSYLVANIA 15219

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> SAVE OUR CHILDREN TRUTH COMMISSION
> C/O JESSICA KIRBY
> P.O. Box 5599
> PITTSBURGH, PENNSYLVANIA 15207

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Peter A. Moore, Jr., Clerk

*CLERK OF COURT*

Date: **10/12/22**

*Signature of Clerk or Deputy Clerk*

# UNITED STATES DISTRICT COURT
for the

| | | |
|---|---|---|
| SAVE OUR CHILDREN TRUTH COMMISSION ET. AT; NATASHA LOACH; EMILY O'DELL; WILLIAM O'DELL; LORIBETH AARON; TINA BRANDON | ) ) ) ) | |
| _Plaintiff(s)_ | ) ) | |
| v. | ) | Civil Action No. 7:22CV178FL |
| UNITED STATES, JOE BIDEN, KAMALA HARRIS, XAVIER BECERRA, MERRICK B. GARLAND; GREG ABBOT; DAN PATRICK; KEN PAXTON; JAMIE MASTERS; BELL, MCLENNAN, & WICHITA COUNTIES; | ) ) ) ) ) | |
| _Defendant(s)_ | ) | |

## SUMMONS IN A CIVIL ACTION

To: _(Defendant's name and address)_

> MCLENNAN COUNTY TEXAS
> 219 N. 6th St.
> #200
> Waco, Texas 76701

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> SAVE OUR CHILDREN TRUTH COMMISSION
> C/O WILLIAM AND EMILY O'DELL
> 670 Elmwood Dr.
> Woodway, Texas 76712

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Peter A. Moore, Jr., Clerk

CLERK OF COURT

Date: 10/12/22

_Signature of Clerk or Deputy Clerk_

# UNITED STATES DISTRICT COURT
### for the

| | |
|---|---|
| SAVE OUR CHILDREN TRUTH COMMISSION ET. AT; NATASHA LOACH; EMILY O'DELL; WILLIAM O'DELL; LORIBETH AARON; TINA BRANDON | ) ) ) ) |
| *Plaintiff(s)* | ) ) |
| v. | ) Civil Action No. 7:22CV178FL |
| UNITED STATES, JOE BIDEN, KAMALA HARRIS, XAVIER BECERRA, MERRICK B. GARLAND; GREG ABBOT; DAN PATRICK; KEN PAXTON; JAMIE MASTERS; BELL, MCLENNAN, & WICHITA COUNTIES; | ) ) ) ) ) ) |
| *Defendant(s)* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

BELL COUNTY TEXAS
1201 Huey Dr.
Belton, Texas, 76513

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

SAVE OUR CHILDREN TRUTH COMMISSION
C/O NATASHA LOACH
400 Liberty St.
Apt. 105
Killeen, Texas 76543

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Peter A. Moore, Jr., Clerk
*CLERK OF COURT*

Date: 10/12/22

*Signature of Clerk or Deputy Clerk*

# UNITED STATES DISTRICT COURT
### for the

SAVE OUR CHILDREN TRUTH COMMISSION ET. AT;
NATASHA LOACH; EMILY O'DELL; WILLIAM O'DELL;
LORIBETH AARON; TINA BRANDON

*Plaintiff(s)*

v.

UNITED STATES, JOE BIDEN, KAMALA HARRIS,
XAVIER BECERRA, MERRICK B. GARLAND; GREG
ABBOT; DAN PATRICK; KEN PAXTON; JAMIE
MASTERS; BELL, MCLENNAN, & WICHITA
COUNTIES;

*Defendant(s)*

Civil Action No. 7:22cv178FL

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

WICHITA COUNTY TEXAS
900 7th St.
Wichita Falls, Texas, 76301

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

SAVE OUR CHILDREN TRUTH COMMISSION
C/O WILLIAM AND EMILY O'DELL
670 Elmwood Dr.
Woodway, Texas 76712

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Peter A. Moore, Jr., Clerk
*CLERK OF COURT*

Date: *10/12/32*

*Signature of Clerk or Deputy Clerk*

# UNITED STATES DISTRICT COURT

for the

SAVE OUR CHILDREN TRUTH COMMISSION -
CONNIE L. JOHNSON et al

)
)
)
)
)

*Plaintiff(s)*

v.

THE UNITED STATES OF AMERICA; JOE BIDEN,
KAMALA HARRIS; XAVIER BECERRA; MERRICK B.
GARLAND; JERRY MILNER; BILL LEE; BLOUNT
COUNTY

*Defendant(s)*

)
)
)
)
)
)
)

Civil Action No. 7:22cv178FL

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

> BLOUNT COUNTY
> 942 East Lamar Alexander Parkway
> Maryville, Tennessee, 37804

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> SAVE OUR CHILDREN TRUTH COMMISSION
> C/O CONNIE L. JOHNSON
> 700 Hollywood Rd.
> Knoxville,Tennessee 37919

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Peter A. Moore, Jr., Clerk

*CLERK OF COURT*

Date: 10/12/22

*Signature of Clerk or Deputy Clerk*

# UNITED STATES DISTRICT COURT

for the

Save our Children Truth Commission;
Melody Rodgers

)
)
)
)
)
_____
*Plaintiff(s)*

)
)

v.

)  Civil Action No. 7:22 cv 178 FL

United states; Joe Biden, Xavie Beccerra,
Merrick B Garland; Kamala Harris;
Micheal Dunleavy

)
)
)
)
)
_____
*Defendant(s)*

)

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Michael Dunleavy
P.O. Box 11001
Juneau, Alaska 99811-0001

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Save our Children Truth Commission
C/O Melody RODGERS
201 W. BASHOR BLVD
JACKSONVILLE, NC 28540

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Peter A. Moore, Jr., Clerk

CLERK OF COURT

Date: 10/12/22

_____
*Signature of Clerk or Deputy Clerk*

Civil Action No.

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❏ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

❏ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $  0.00  .


I declare under penalty of perjury that this information is true.


Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

# UNITED STATES DISTRICT COURT

for the

SAVE OUR CHILDREN TRUTH COMMISSION;
RAYMOND SIPULT; GLENN & RUSS CODY )
)
)
)
_____ )
*Plaintiff(s)* )
v. )  Civil Action No.  7:22CV178 FL
)
UNITED STATES; JOE BIDEN; KAMALA HARRIS; XAVIER )
BECERRA; MERRICK B. GARLAND; SEDGWICK )
COUNTY )
)
_____ )
*Defendant(s)* )

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Sedgwick County Kansas
18th Judicial District of Kansas
1900 E. Morris
Wichita, Kansas 67211

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

SAVE OUR CHILDREN TRUTH COMMISSION
C/O RAYMOND SIPULT
1323 N. Pershing
Wichita, Kansas 67208

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Peter A. Moore, Jr., Clerk
*CLERK OF COURT*

Date: __10/12/22__          _Andrea K Collins_
                            *Signature of Clerk or Deputy Clerk*

Civil Action No.

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

◻ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

◻ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

◻ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

◻ I returned the summons unexecuted because _____ ; or

◻ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.


Date: _____       _____
                                             *Server's signature*

                                    _____
                                             *Printed name and title*


                                    _____
                                             *Server's address*

Additional information regarding attempted service, etc:

# UNITED STATES DISTRICT COURT

## for the

Save our Children Truth Commission;
Russ & Glenda Cody, Raymond Sipult;

)
)
)
)
)

_____
*Plaintiff(s)*

v.

United States; Joe Biden; Kamala Harris;
Xavier Becerra; Merrick B Garland; Hutchinson
County Kansas

_____
*Defendant(s)*

)
)
)
)
)
)
)
)

Civil Action No. 7:22cv178 FL

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

HUTCHINSON COUNTY KANSAS
120 SW 10th Ave
Topeka, Kansas 67

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

SAVE OUR CHILDREN TRUTH COMMISSION
C/O MELODY RODGERS
201 W. Bayshore Blvd
Jacksonville, NC 28540

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Peter A. Moore, Jr., Clerk

*CLERK OF COURT*

Date: 10/12/22

_____
*Signature of Clerk or Deputy Clerk*

Civil Action No.

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*



My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

# UNITED STATES DISTRICT COURT

## for the

Save Our Children Truth
Commission; MELODY RODGERS; TERESA
GUIN; SALLY BORGHESE et al.

_____
*Plaintiff(s)*

v.

United States; Joe Biden; Xavier
Becerra; Merrick B. Garland; Kamala Harris
GRETCHEN WHITMER; OAKLAND COUNTY
_____
*Defendant(s)*

Civil Action No. 7:22cv178 FL

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Gretchen Whitmer
111 S. Capitol Ave.
Lansing, Michigan 48933

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Save Our Children Truth Commission
c/o Melody Rodgers
201 W. Bayshore Blvd.
Jacksonville NC 28540

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Peter A. Moore, Jr., Clerk

*CLERK OF COURT*

Date: ___10/12/22___

_____
*Signature of Clerk or Deputy Clerk*

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ ___0.00___ .

I declare under penalty of perjury that this information is true.


Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

# UNITED STATES DISTRICT COURT

### for the

Save Our Children Truth Commission;
KRISTINA SINGETON et al

_____
_Plaintiff(s)_

v.

United States; Joe Biden; Kamala Harris; Xavier
Becerra; Merric B Garland; Sebastion County

_____
_Defendant(s)_

)
)
)
)
)
)
)
)
)
)
)

Civil Action No.   7:22cv178FL

## SUMMONS IN A CIVIL ACTION

To: _(Defendant's name and address)_

> Sebastion COUNTY ARKANSAS
> 901 B. St. S
> Suite 209
> Fort Smith, Arkansas 72901

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> Save Our Children Truth Commission
> C/O Melody Rodgers
> 201 W. Bayshore Blvd
> Jacksonville, NC 28540

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Peter A. Moore, Jr., Clerk
_CLERK OF COURT_

Date: ___10/12/22___

_Signature of Clerk or Deputy Clerk_

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❐ I returned the summons unexecuted because _____ ; or

❐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ ___0.00___ .


I declare under penalty of perjury that this information is true.


Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc: