*Corrected*

FILED

OCT 2 7 2022

PETER A. MOORE, JR., CLERK
US DISTRICT COURT, EDNC
BY_____ DEP CLK

**PLAINTIFF'S EXHIBIT**

8a

**Notary**

My commission expires: 09/18/2016

(Notary Seal)

Yolanda Toinette Wilcox
Notary Public
Dodge County, Georgia
My Comm. Expires
09/18/2016

Pg 5-5

## Affidavit of

## Diana Hunt

I Diana Hunt, Affiant, being of lawful age, qualified and competent to testify to and having firsthand knowledge of the following facts do hereby swear that the following facts are true, correct and not misleading:

I voluntarily placed my daughter M~~          ~~ n months in foster care not having any clue what it was all about when friends suggested I place her there until I got on my feet. I was eighteen at the time and had just moved to Vegas from Florida with them. I was also pregnant with my son at the time; I was told by caseworker Cheryl Burt of the Cps main office in Las Vegas that if I didn't give up my son for adoption I would never see my daughter Michelle again. On January 28, 1984 my son was adopted by Patricia and Leon Reed. The worker Cheryl Burt no longer works there and her last name is Denley.

On January ~~          ~~ ~~          ~~ ~~y~~ was removed at birth from TMC hospital in Tucson by worker Mindy Flannery. Her supervisor was Lori Clark. My daughter was removed based on a homelessness allegation that my ex-husband, Glenn Hunt and Giving Tree shelter director Libby write filed against me for leaving her shelter and my ex did it in retaliation at the time as the court had recently given me visitation rights with my older children. Even after I showed Ms. Flannery the receipt from where we were staying, she removed my daughter. It took the department four days as she was taken on a Friday to verify where we were living and to return her. They returned my daughter with the condition that we participate in intensive in home services with their service providers coming over often unannounced three times a week. I also told Ms. Flannery when my daughter was removed that she had a shot exemption; the department gave her the hep. B shot anyway. We had to move into a bad trailer park on the Southside as the motel rate was raised to sixty dollars a day for the gem show and we moved to appease the department. Our trailer was shot at and some of the residents tried to fight my boyfriend. Worker Rebecca Parris told me that I had to go to the Brewster Center shelter or my daughter would be removed again. I reluctantly agreed. The shelter was worse than being homeless with many of their clients on meds in gangs etc. One night I came in a little past curfew, the night manager said it should be okay and to talk to the morning manager but when I returned the next morning the morning manager told me that I had to leave. So with a bag of belongings in one hand and my daughter in the other as I walked to the nearby MC Donald's to wait for my friend who was coming to pick us up, I was met by police who said a customer had reported that I looked homeless. I later found out that it was the manager at the Brewster center who made us leave; we were homeless for a total of five minutes. The police detained me for two hours as we waited for the worker to arrive. They

told me that she just wanted to talk to me. When worker Pam Fey arrived she said "there was nothing to talk about, to many things" and my daughter was removed for a year. I told her that I would get an attorney; she told me I could get ten attorneys for all she cared. I then moved into an apartment on a better side of town and was working full time at a motel.

Page 1 of 4

On July 2, 2008 my ex-husband, Glenn Hunt came to our apartment wanting to fight my boyfriend .I thought it was a joke and told him that my boyfriend wasn't going to fight him. My friend Traci asked me if I wanted him to stay, I laughed and told him no as I was sure he wasn't serious. The next night my ex came up to our apartment on the second floor, my then six year old daughter answered it. He told me that he was taking my older children that I had visitation with back and that I would never see them again. We got in an argument, he pulled my hair and it turned into a fight .of course he had his phone in hand; I went to jail and my daught                       1 mos. And my son six mos. were removed for another year and no one seemed to care that he had stalked us for two days consecutively ,that my daughter had answered the door and he had started the altercation. They were removed by worker Michelle Fisher.

On January 6, 2011, My three youngest children        were removed by Cps worker Joy Spencer from Childtime daycare due to allegations by the daycare asst. manager Melanie Paschen , daycare worker Kendra Melvin and the school nurse Nancy Bonham at Emily Meschter early learning center .The allegations came after my three youngest children got lice from my older children whom I had joint custody of at the time. My older children would go to their dads for a month in Tempe Arizona and come back with it after I took them to the doctor and got rid of it. Finally my youngest children got it and then the allegations from the daycare and school were that my children were malnourished and their hair was falling out and they were unkempt per Ms. Melvin. Ms. Melvin and Ms. Paschen claimed that they were very dirty so much so that they had to clear their office, their clothes weren't being washed and that she had to give them full baths. I have recordings of Ms. Paschen saying that if children ever came to the daycare a little dirty it was no big deal that they wipe their faces off with a wash cloth. She also stated that my children often wore several coats during winter and they were always appropriately dressed. She also went on to say that any child could get lice, even from a movie theater, yet she and Ms. Melvin along with Ms. Bonham later perjured themselves at the criminal court eight months later swearing that the allegations were true. I documented everything and entered all their doctor visits to treat the hair condition, showed that their father had no insurance for them. I also entered W.I.C. records with their growth charts to prove that they weren't malnourished. We had an early interventionist, Annette Carr from CPES who came in unannounced on a weekly basis .She wrote a letter to the court stating that when she arrived at our home I was always either cooking breakfast our bathing them. I have a police report by detective Korth #303 stating that the daycare could be arrested for false reporting and could face a possible civil lawsuit over another incident with them. Cps worker Ms. Spencer was fired for not following up on a case and as a result a toddler died.

On December 20, 2011 my three children        were removed again Cps worker Emilie Shubert. Ms. Shubert had been interviewing my daughter Cheyenne since apx. August 2011, at Childtime daycare, without our consent. Their removal occurred following a scratch my daughter Cheyenne had on her back as a result of my boyfriend going to retrieve her, pulling her one way, she was pulling the other way and got a scratch as she was running away from him because he was bringing her to me, she had knocked my daughter off the bed resulting in a small contusion while they were playing blind man's bluff. My daughter    at the time was two. When    went to school, they of course saw the scratch. This is the same school, Emily Meschter early learning center that we are also still in appeals with over the first allegations by school nurse Nancy Bonham in the

school,       interviewed     They failed to make me aware of the agreement that my boyfriend David, the father of my two youngest children

moved out.

On February 3, 2012, my daughter ⎯ acted out at the daycare after two daycare workers Kristin Taylor and Ms. Stephanie, I don't know her last name, they let my daughter be bullied by other children on the playground until my daughter the reacted. I confided in the parent aide Kimberly Jones of La Frontera , she suggested that I let the MAC team talk to her. I told her that I wasn't sure if I wanted to do that because I was concerned that they might remove her. Ms. jones reassured me that

*Page 394*

they would probably only want to talk to her and that if they did take her it would only be for twenty four hours for an evaluation at the crisis response center on ajo way, Tucson. I reluctantly agreed, then my new Cps worker Anne Toolan took her saying that she would be returned upon passing the evaluation. I was told the next day by Ms. Toolan that my daughter had passed the evaluation "with flying colors" however they wanted to see how she did in out of home placement for a week, then when I saw Ms. Toolan at court she said they changed it to two to three months. When I saw her again at court she said there were no guarantees when or "if" she would be returned.

On July 17, 2011, my other two youngest children, three were removed by worker Ms. Toolan, I have this removal recorded. They were removed as a result of the father coming up to us by Childtime daycare that we were in appeals with over the first allegations in the previous case at the time. He walked up to me briefly to give me some money, the daycare workers were more than happy to report it. When I took our son ⎯ ⎯, to a counseling intake at La Frontera on 29th st. Tucson. Ms. Toolan was waiting there, took my son aside and asked him if he had seen his father and of course he had. They had been in my care for seven months after their previous removal and my seventeen year old daughter Varina remained in my custody and was there when they were removed. We have not seen Our children since the begging of July 2014.My daughter . ⎯ ⎯ as been on black label medication Celexa, guampfacine and even Risperdone at one point until I noticed it. She has been *is still on* medicated since January 2013 by Dr. Susan Sehn of La Frontera 29th St. Tucson main office. They were all adopted in July 2014 yet my sixteen yr. old daughter Nettie and fourteen year old daughter Reina live with me.

I have "many" recordings during the last two cases including the last removal, case workers, daycare workers etc. and visits that I wasn't allowed to record from apx. March 2014 to July 2014.

x _Diana Hitt_

NOTARY

Arizona, Pima on this 4ᵗʰ day of June ,2015 before me Gregory Tevik ,the subscriber, personally appeared Diana Hitt ,to me known to be living woman describe in and who executed the forgoing instrument and sworn before me that she executed the same as her free will act and deed.

GREGORY TEVIK

Sent from my iPhone

Begin forwarded message:

From:
Date: February 18, 2022 at 9:32 PM
To: Daniel Boy
Cc: Danni Yandel
Bethany Sims
Kristi Hoffman
tcharmcamera@gmail.com
expandchild2@outlook.com
Subject: Affidavits

Hi Everyone! Here are copies of the Affidavits and I can work to add or change if any needed corrections additional names. The closer to Saturday. Saturday.
yours truly Gina

---

### Lyman E Stewart and Jean M Stewart

I Lyman E Stewart and Jean M Stewart, Affiant, being of lawful age, qualified and competent to testify to and having first hand knowledge of the following facts do hereby swear that the following facts are true, correct and not misleading:

On July 20, 2008 our neices were taken by C.P.S. from their home we immediately got involved to keep tabs on the case. After we learned the were not being returned to their parents we contacted C.P.S. to learn what to do to get them we were told to come to Kentucky by C.P.S. and that no paperwor would be nessecary and that we could get the girls. Upon arriving in Kentucky and meeting with C.P.S. they said nothing could be done at this time and to come back in a month. On our second trip we were told that we need a home study done by Arizona to make sure everything was okay at our home (this wasted two months). Upon returning to Arizona we had our home study done which included fingerprint clearance cards. After being completely approved by Arizona C.P.S. Kentucky was informed of our approval. They stated to much time had passed and in a court session where our lawers were present they gave the following reasons for our denial:

> 1. We all medically neglected the children
> 2. Someone in our family, possibly, sexually abused these girls
> 3. Our family posted bond for your brother-in-law, demonstrating that you support his criminal lifestyle
> 4. Our family has made threats against the child protective services worker and on up
> 5. If you could not afford to fly to Elizabethtown for this hearing how could we afford to take care of two more children (I had previously during the hearing mentioned to the judge that i advised you not to attend until he ruled of whether or not you would be
> 6. Our family is possibly harboring a fugitive, our brother-in-law

7. Our family is possibly homeless...

These allegations are all lies except for the fact that we posted bond for my brother-in-law. In a meeting with C.P.S., Anthony and his lawer, John Seldonridge, C.P.S. stated these children were targeted for adoption from day one and they had no intentions of returning them to our family and there was nothing that we could do about it. They also tried to take these parents third child from them. The doctor who collaborates with C.P.S. told Linda, the girls mother, that she was having complications with her pregnancy that required an immediate c-section due to a weak cervix (which never corrects itself). Upon hearing this we sent her a bus ticket to come to Arizona to be checked. After a doctor's visit in Arizona she was told everything was fine and she

1 g 2

## AFFIDAVIT OF

### Daniel Biggers

I,Daniel Biggers affiant, being of lawful age ,qualified and competent to testify to and having firsthand knowledge of the following facts do hereby swear that the following facts are true ,and correct and not mis leading .

About tuesday at 545 in the evening October ,18 2014, I received a phone call from Marion county child protection service worker named ms Smith she's calling to inform me that       is currently in foster care an have been for the last year and has been placed with a foster parent named Ms Shela I was shock from the bad news it took some time to utter a word Iask how was lilly at this time ms stated that she is not directly wit'      just that she was fine the last time she talk to the worker i started thinking thats the reason I haven't heard from from  ·, ....ai·  didn't call and say a word of this ms smith told me of the next court date DEC ,11 2014,at nine oclock in the morning and advised me I can do a phone conference if i liked sence it was in Marion county i ask ms smith why did it take so long to contact me she said they didn't have any imformation on me i ask were is    · her mother she gave me no answer i thank ms smith any way and hang up the phone December 11, at nine o' clock I received a call from Marion county magistrate court started its session the magistrate called my name her name was magistrate jenson an she's over seeing the case then she called all the people who were there i didnt say a word our next court date was january 20, 2014 i made sure i showed up for court court was in session i reserved all my rights magistrate jenson  said an i quote ! ok you won an i said not yet she tryed moving on but i ask her to prove jurisdiction an she throw every one out the court room i ask why the officer just push an every one away my public defender an case worker never said a word the next court date they gave me set for february ,23,2014 i

Case 7:22-cv-00178-FL Document 1-7 the Filed 10/27/22 w Page 6 of 41 eal

with the state an give lilly up sign my rights away i said HELL NO it took them a long while to call
me in to court it was all the state worker's ,dotor's ect...they have even change the magistrate
an we are all at trial the states attorney i can't believe this mess court was in session I stated my
rights an i refuse to testify the states attorney didn't like that i said she refuse to prove
jurisdiction an she said i do have jurisdiction .

then i said you shouldn't have a problem proven it then the doctor
intterrupted an said an said lilly has a hyper tension disorder and that she is on all kinds of
med's for it then i said like when any child acting out it's a lack of love and attention after a very
long session court was over an i ask when was the next court date the public defender never
said when that will be magistrate larry i felt was on the state side the whole time .i never heard



https://mail.google.com/_/scs/mail-static/_/js/k=gmail.main.en.0nRLS70MUl4.O/m=m_j,t,it/am=PiPeSMD8v_cHcZ0hQLv0gQp77z-_u0jss4fH_-9NAJF1BfB_s_8...   1/1

any thing from them again i decided to call up to CPS in Marion county an wasn't suprise to see
that they got my public defender of the case an took, an kiddnap lilly from me once again when
they secretly held court an took my rights away never told me or mail a court date to my
address just that my case is being processed to appeals

Daniel Biggers                                                    **NOTARY**

___Oh-o___ STATE, ___Hamilton___ county,on this
___10ᵗʰ___ day of ___November 2015___

2015 before me ___Richard Tope___ ___the___

subscriber ,Daniel Biggers personally appeared to me known to be the living man describe in an
who executed the for going instument and swone before me that he excuted the same as his
free will act and deed!

my commission
expires ___Jan 10 2017___

**RICHARD TOPE**
Notary Public. State of Ohio
My Commission Expires
January 10. 2017

2 y 2

https://mail.google.com/_/scs/mail-static/_/js/k=gmail.main.en.0hRLS70MUI4.O/m=m_j,t,it/am=PIPaSMD8v_cHcZ0hQLv0gQp77z-_u0js4fH_-9NAJF1BfB_s_8...   1/1

pg. 1 of 4

### Affidavit of
### Gina Patrice Bigelow and Wysdom Ali Y'sra El [once known as Thomas Bigelow]

I, (we) <u>Gina Patrice Bigelow and Wysdom Ali Y'sra El</u>, Affiant(s), being of lawful age, qualified and competent to testify to and having firsthand knowledge of the following facts do hereby swear that the following facts are true, correct, and not misleading:

After a series of horrifying events which began on or about 1995 whereby my family was terrorized, stalked, placed under THREAT, DURESS and COERCION along with numerous violations of our UNALIENABLE RIGHTS, abuse of authority, Defamation of Character, Misconduct in Office, Entrapment, attempted murder, violation of Miranda Rights, falsifying and tampering with records, forging documents, sexual harassment, mistake of law as to unlawfulness of force, trespassing against property, Fraud upon the Courts, Premeditated Conspiracy, Dishonest Service from the family court and they took an Oath whereby they violated that Oath, Racketeering, ie; R.I.C.O. Extortion, No Due Process of Law, Illegal Termination of 'so-called .Parental Rights, Forced Adoptions, False Allegations and Accusations, Unlawful and Forced Drug Testing, Defamation of Character, Child abuse, Mail Fraud, Criminal Conspiracy, Felony Kidnapping and Abduction by:
The Division of Youth and Family Services in The State of New Jersey and the Asbury Park Municipal Police, The Neptune Township Municipal Police et. at [See  ]

My daughter:                                 was removed [kidnapped] from our home at the time located at 406 7th, Avenue in Asbury Park New Jersey [this place has since been DEMOLISHED] on

November 18th, 1995 by D.Y.F.S.[Division of Youth and Family Services] worker Kathy Campanella, Geneva Murray, Gae' Murray, Joi Murray, Jeff Spruill and Officer Sean Ryan...Prior to this we had been harassed by them and the police and D.Y.F.S. every weekend and they would make me give them my daughter and do things to her and return her on the following Monday...they would take us down to the police station and harass me and terrorize me {Gina}..           old and was taken away with a bogus court order out of Middlesex County Superior Court signed by a judge in Monmouth County Superior Court...we were domiciled in the jurisdiction of Monmouth County so how could the court order come from Middlesex County?..      as never seen or heard from again...she was found 15 years later on facebook and we learned that she had been taken across state lines and lives in Lawrenceville, Georgia.

pg. 2 of 4

Our                              was kidnapped on January 9th, 2003 from his grandmother Eddie Bea Bigelow's home 307 Taylor Avenue in Neptune, New Jersey by D.Y.F.S. worker Andrea Stokes and two officers from the Neptune Township Police Department in the presence of his Aunt Tanya Johnson, we were not there when       was taken and     has not been seen since January 9th, 2003 and we have no knowledge of his whereabouts.            ears old!...can you see the pattern of abduction?...their Grandmother Eddie Bea Bigelow is now deceased and she never got to see her grandsons again before she passed away!...and we have been running for our lives ever since...

Our youngest                               also kidnapped on January 9th, 2003 from his grandmother Eddie B.

grandmother Eddie Bea
Bigelow's home at 307 Taylor Avenue in Neptune New Jersey by D.Y.F.S.
worker Andrea Stokes and two unidentified Neptune Township Police
Officers; ⋯ ⋯rs old when he was kidnapped, we were not
present when this kidnapping occurred and ⋯ had not been seen or
heard from since that date and his whereabouts were found out when we
found ⋯ on facebook that's when we learned that ⋯ had been
adopted out to Gae' Murray and moved across state lines to Georgia and
they changed his name from Bigelow to Murray...Geneva Murray and her

family were the family that I 'Gina, was raised with and when I got out
of High School I was told that once I received my High School Diploma I
was on my own! I discovered that they were in fact not my biological
family years later... they conspired against me and my children with
the state and performed criminal activity against us under the color-
of-law for money!..Just to set the record straight, we have tried all
means possible to get justice in this matter and have went through the
chain of command in the government for redress of grievances to no
avail no one would help us or look into the matter; we went to
Congressman, Senators, The F.B.I. you name it we went seeking help to
get our children back and no one in the system would help us so that
makes them all accessory to the crime committed against my family!

We: Gina Patrice Bigelow and Wysdom Ali Y'sra El the natural sentient
divine beings and biological Mother and Father REQUIRE AN IMMEDIATE
AND COMPLETE RESTORATION OF OUR PROPERTY OUR CHILDREN WHICH WERE
A GIFT FROM THE MOST HIGH AND NOT THE PROPERTY OF THE STATE!

We want our children located and returned, their birth names properly
restored and their records corrected and we want compensation for all
the pain and suffering we have had to endure because of what CPS et.al
has done to destroy our family and also we want criminal charges filed
against all those that played a role and did not help us save our
children from the hands of power hungry violaters of our Unalienable
Rights!...we want $1,000,000.00 for every year our children were out of
our lives for each of us separately, that's me their Mother Gina Patrice
Bigelow, their Father Wysdom Ali Y'sra El [once known as Thomas Bigelow
and for each child: ⋯ ⋯ ⋯ ⋯ ⋯ ⋯elow ⋯ ⋯

pg. 3 of 4

X ~~[signature]~~

X ~~Wysdem Ali El~~

Affidavit of

Tabitha Miner

I Tabitha Miner, Affiant, being of lawful age, qualified and competent to testify to and having firsthand knowledge of the following facts do hereby swear that the following facts are true, correct and not misleading:

(This is extracted from the FFA report not Tabitha Miners wordings) Report received on 2/10/15 Today Tabitha reported to her assigned worker that she is off her medication and expressed that she has been having paranoid thoughts about people being in her home and changing her medical records. Last year, CFS was involved with Tabitha after attempted suicide following 6 weeks of paranoid behaviors.

- One I told the worker at a court date over my oldest. That I was no longer taking Adderall and OxyContin. That instead I was using Aromatherapy. She looked at an old case; that I had sat down with legal staff last year and went over the errors. No changes were ever made to those files.
- I had a second Psych evolution (That cfs paid for) last year that cleared me, and that it was the medication that had caused the first false results.
- I was never having Paranoid thoughts last year, and it was a workers error. I had my phone hacked, and gave the worker proof of it. They never fixed any of it.
- However I never told the worker what she stated. I told her my home was broken into, however thank god the police got evidence of the break in, and they did they had plenty of pictures.
- My doctor from Oregon who was my doctor for over 15 years said this women is not psychotic that she is going through a dramatic situation. She has just lost everything she owned, and is missing her family. I had come to Montana 7/22/2013 to get my children. Their father strangled me in the state of Montana. Judge DesChamps signed that I had abounded them; which was false. I had paperwork it was temporary. He said I had to file a divorce first. I was thrown in a shelter with the kids. No family or friends. That took until 12/03/2013. By then the snow hit. I lost everything I owned. I was trying to get my business going. I was part of a Verizon scam (I had documentation, got a new phone, and was reimbursed.) I showed the worker all of this.
- I had told her I went and got my old records, and don't understand why an eye doctor had copies of mental records; that had been disproven. I had already taken a 2nd psych evaluation. It was just odd to me that an eye doctor had those kind of records. I wasn't paranoid about anything. I had just never heard of those things before. I didn't think anyone was taken records from the home.

I knew that I made a mistake 2/2014. I was depressed over a divorce. I was married to him for 13 years it also was a domestic violence relationship, and I had lost everything I owned, and was stuck



Affidavit of

Diana Hunt

I Diana Hunt, Affiant, being of lawful age, qualified and competent to testify to and having firsthand knowledge of the following facts do hereby swear that the following facts are true, correct and not misleading:

On January 7, 2013 I was tricked into signing a removal form for my ther.            'ter
: or she would have to go live with her abusive father in Utah, by worker Cecilia Rojas adnachel .My daughter had been in a group home following an incident at the mall where she hit me for not buying her a skateboard. She has recently been returned to me after she had been a runaway from the group home since July 2014.I                        1 has been in my custody for the last two years as well.

x _Diana Hunt_


Notary      Rachel ONeill ®

Arizona, Pima on this ☐day of Jun 2015 before me _Diana Hunt_ , the subscriber, personally appeared _Diana Hunt_ , to me known to be living woman describe in and who executed the forgoing instrument and sworn before me that she executed the same as her free will act and deed.

RACHEL E O'NEILL
NOTARY PUBLIC - ARIZONA
Pima County
My Commission Expires
February 21, 2017

_Rachel EO Nell_

Notary

My commission expires _2/31/20_.

My Commission Expires 9-1-2016

Affidavit of

Bethany Sims

I Bethany Sims, Affiant, being of lawful age, qualified and competent to testify to and having firsthand knowledge of the following facts do hereby swear that the following facts are true, correct and not misleading:

On October 11, 2011 my son and my grandsons were illegally detained by the Los Angeles County Department of Children and Family Services. A daycare worker at Quest Learning Academy in Palmdale California noticed a "mark" on my youngest grandsons buttocks, .        )cho who wa:    at the time. She notified the director who in turn called both the Palmdale Sheriff's Department and LA county DCFS.

Officer Fletcher questioned me about the mark, in which I didn't see even after viewing my grandson's bottom, he then detained my two youngest grandson            o anc                cho. He then followed me home and detained my oldest grandson               Later that night two more officers came without warrants and detained my                  '. Officer Fletcher earlier stated most likely the kids will be returned once the csw does their investigation but he or she must come and take your statement. The csw never comes and for 3 days I have no idea where the children are.

October 14, 2011 is court and Jason Lee is my court appointed attorney, I am given a 15 minute visit with the children. Court decides to detain the children. Allegations were the children were beaten and bruised on a daily basis."

In October I hire private Attorney Kathy Wolfe of Van Nuys, California, during our discussion she stated she would fight to the end even if we had to go to trial.

October 22, 2011 Kathy Wolfe does not show up for the first hearing. My grandsons are removed from the foster home of Shenita Scott and placed in a prior adoptive placement home of a Caucasian family, my grandkids are African American. Leaving my son in this home, first he is taken from his mom, now his nephews leave him too.

October 26, 2011 This was to be a continuance of the legal guardianship hearing which originated on

Sent from my iPhone

Begin forwarded message:

From:
Date: February 18, 2016 at 9:36:19 PM EST
To: T Charm  tcharmcamera@gmail.com
Cc: Diana Hunt  bunnie61909@yahoo.com , Daniel Blue  bluecamery@aol.com , Daniel
Israel  danielisrael37@gmail.com  John Grissom  johngrissom@mbox.com , Keshia
Holliman  keshiaholliman@gmail.com , showlowstewarts@yahoo.com, Bethany Sims
 simsbethany@yahoo.com , Laticia Brennen  expandurlife2c@outlook.com ,
jetmur@yahoo.com
Subject: Cont. of Affidavits


NOTARY


_____NJ_____ State, _____Monmouth_____ County on this __3rd__ day of
_____July_____, 2015 before me __RANJIT K. SINGH__ the
subscriber, (Brian T. Bigelow li 45bom Hi l4snee) personally                    appeared
_____to
me known to be the living (wo)man describe in and who executed the
forgoing instrument and sworn before me that she/he executed the
same as his/her free will act and deed.


My Commission Expires_____Notary

pg. 4 of 4

Ranjit K Singh
Notary Public
New Jersey

August 26, 2011. On this date I was sworn in as my 3 grandsons legal guardian, after the filling out of the forms and swearing in County Council discovers that the father, Jonathan Arocho was not properly noticed so the hearing was to be continued in October. At this hearing I am not acknowledged as the legal guardian. I am given monitored visits with my son, a minimum of 3 hours per week.

November 22, 2011 another hearing, my attorney Kathy Wolfe states in front of my advocate Cheral Hyman that because I stated that I had spanked my son in the past to take a plea of inappropriate discipline. If I do this my son will be returned earlier. I said what about trial, she said she's not going to trial and to sign it. I signed, she then hands me the court report which I had never seen before. In this report it states that the sensitive case csw who detained the children ( I am a dcfs employee, not a csw) stated on the night he detained the children he not only called but came by to take my statement and he left several messages. This statement is not true, sensitive case csw Jose Murillo never came to my home and never called. Court report stated the children were beaten and bruised on a daily based. The DI Judy Thomas who interviewed my grandsons stated grandmother was not perpertrator and all charges against me were dropped against my grandchildren, cause during the interview kids stated, our Abuelita never hits us. But because I had admitted to spanking my son in the past I was given a caci charge of inappropriate discipline and he wasn't the child in question, my grandson                    is. His mother Santana Sims was given a charge of inappropriate discipline for spanking him.

October, 2011 at a monitored visit at a large event in Lancaster, CA, the foster mom of my son, lost him at an event of 20,000 people, Lancaster Sheriff's department had to find him.

November 2011, SCSW Nikki Vettel will not allow me to see my son for Thanksgiving. This month my grandsons csw Kimberly Avery-Smith agreed to me getting monitored visits with my grandkids of 6 hours a month. Sensitive case csw Mr. Murillo stated my son is not allowed to ride in same car with his sister Santana Sims the mother of my grandchildren to attend the visits. She had not transportation and visits took place 45 minutes away.

December 16, 2011, my granddaughter                    with marijuana in her stool and placed in a foster home and no family members were asked she can be placed with.

December 21 is the first time I get to meet the person who detained my son and grandsons, Jose Murillo, after writing Sacramento and the board of supervisors and talking to his supervisor, Glen n

Windsor. I also meet Nicole Sackett the social worker my grandsons and the foster parent our mom works for. At this meeting I am told by Mr Murillo once I complete my classes and counseling he

can go into court and ask for Sean to be returned earlier, the next court date was scheduled to be in May of 2012, but there was a progress hearing scheduled January 17, 2012. Also at this meeting Mr Murillo asked if the foster mom can take my son out of state for the holidays and if I didn't comply he will go into court and get it approved and if my son doesn't get to go he will put my son is a foster home so far away that I still won't get to see him. Also at this meeting I disclose how my son has mild cerebral palsy, one functioning kidney and mild asthma and that he needs to see his specialist. I am told that there is nothing wrong with my son and that he was seen by their doctors.

Jan 12, 2012 I finally get the TDM that I had been requesting and which should have been done within 72 hours of the children being detained. At this meeting I am finally given unmonitored visits with my son and allowed to take him to his own pediatrician and specialists. My son was born premature and weighed 2lbs and 14 oz and has mild cerebral palsy, one functioning kidney and mild asthma. Each time I

2¡

would see him on a monitored visit he would be sick. I asked if I could take him to see his doctor and told no.

Jan. 17, 2012 Progress hearing, previously my attorney Kathy Wolfe and my son's Attorney Jack Love of Lancaster California had agreed that my son would return at this hearing. Most of my classes were complete, I had 16 out of 20 classes and had went to counseling weekly. Ms. Wolfe decided that court was too crowded and she didn't wish to stay, she stated her and Jacques Love discussed and decided that I could have unmonitored visits and Mr. Love would go into court and inform the hearing officer.

In Jan I have meeting with Internal Affairs investigator Stephanie Saint-Louis who informs me that the children were bruised up. I notify Mr. Murillo and tell him my classes were almost complete and will he go into court as promised to have Sean returned home, he stated no and when I go back to court in May of 2012 I will be given my next task. I also file an appeal, my attorney is Christopher Blakely of San Diego.

Feb 2012 I get back my subpoenaed cell phone records, in first report Mr. Murillo stated he had made several phone calls and left me messages, my cell phone company sent full report of week of October 11 and not once did Mr. Murillo call. I write the board of supervisors and the childrens commission and attach the cell phone records proving Mr. Murillo did not call. I take my son to his orthopedic doctor, Dr. Ryan at USC children's hospital, she indicates that my son needs to go back into his braces that I had worked really hard to get him out of.

April of 2012 I fire attorney Kathy Wolfe and am assigned court given attorney Aaron Jeppson, I have not time to have any discussion with new attorney due to superior court holding onto the paperwork. I get to talk to Mr. Jeppson briefly during the hearing on May 22, 2012

May 2012 Sean is returned home but case is kept open for another 6 months and I am given family preservation through agency Penny Lane and my worker is a former co worker Kathleen Ippolito who has since returned to DCFS after quitting months earlier. Christopher Blakely files another appeal for DCFS keeping case open for another 6 months. We lost both appeals. Not once did he discuss the wrong doings of DCFS in his briefs.

Sept. 2012 I travel to USC where the boys were taken the night they were detained for a forensic exam. My son's exam is not in the files. Only records were my grandsons          ho, his exam stated indeterminate and looks like diaper rash. USC mailed my son records which stated "no significant court

indicated, but Mr. Murillo wrote in his report that my son

findings – which means abuse cannot be determine ~ ~ ...

was bruised up. I send this information to board of supervisors and children's commission and write my congressmen. Mr. Murillo is terminated.

November 20,2012 my case closes. DCFS still does not return my grandkids. I am still given monitored visits with them.

In January of 2013 I hire Vincent W Davis of Arcadia Attorney, he states he will file a civil suit against DCFS. I pay him and sign documents throughout the next few months.

October 2013 the attorney assigned to my case from Vincent Davis law firm said she missed the filing deadline. Mr. Davis assigns me another attorney and once again I fill out paperwork, shortly afterwards Mr. Davis calls me in and says he cannot financially take on my civil and custody of my grandsons and my granddaughter which is a separate case. To pick two of the cases, I pick civil suit and custody of my granddaughter. Shortly afterwards he drops the civil suit

March 2013 at the tpr hearing I notify the father's attorney Jonathan Arocho that he is incarcerated. His attorney, she then notified the hearing officer Marilyn Mordetsky who in turn went on and proceeded anyway. I had the dad file an appeal but with mail being slow in prison he didn't get it in time. The adoption of my grandsons was final in September of 2013, I wrote up an appeal for the dad and had him sign it while incarcerated stating what they did to him was illegal by not noticing him while incarcerated and the boys adoption is illegal. We lose that appeal.

I am given unmonitored visits with my granddaughter for 8 hours each day on Friday and Saturday every other weekend in 2014. I am told by the ARA of Kimberly Avery Smith of the Palmdale DCFS office that my granddaughter should have been placed with me in the first place. He stated I should now be getting overnight visits.

March 2014 while at a visit at the Antelope Valley Mall in the play place, my granddaughter while running, ran into another kid and got a mark under her eye. I notify both the csw and the foster mother. I was told everything was okay and visits were resumed. At the next hearing which was crucial, know one from Vincent W Davis law firm shows up and Kim Avery Smith told me verbally over the phone that baby comes home with black eyes each week. My granddaughter goes on to be adopted by her foster mom. I am told the last day I can see my granddaughter is June 29th.

October 2014 my granddaughter is adopted. I file an appeal, Vincent Davis office represents me, Stephanie Davis is the attorney.

January 2015 we lose the appeal for my granddaughter being adopted, Vincent Davis office held on to the answer for 12 days and I only had 40 days to submit to Supreme court of California. I get it mailed in February and receive proof of service.

**NOTARY**

CALIFORNIA STATE, LOS ANGELES County on this _2nd_ day of _July_ , 2015 before me _Edna M Parks_ the subscriber, personally appeared _Bthony Sing_ to me known to be the

living (wo)man describe in and who executed the forgoing instrument and sworn before me that he _she_ executed the same as ~~his~~ _her_ free act and deed.

_Edna M. Parks_

EDNA M. PARKS
COMM. #1046291
NOTARY PUBLIC-CALIFORNIA
Los Angeles County
My Comm. Exp. SEPT. 11, 2015

(Notary Seal)

My commission expires: _9/11/2015_

## Affidavit Of
### John Grissom  Joyce Sasnett

I John Grissom and Joyce Sasnett Affiants being of lawful age, qualified and competent to testify to and having firsthand knowledge of the following facts do hereby swear that the following facts are true, correct and not misleading.

At the time We were living in Granville County in the city of Oxford N.C. That's the next County from us Where We live now. Back in 2003 our 2 girls Soumantha at the time age 2 and Stephanie Was 7 months Was taken away by Granville County Department of Social Service. When they took our 2 kids away, We never got a court order or nothing as to Why they took them. 1 police Woman and a detective came to our place and stated that they Will do an investigation into allegations of child abuse because that's What they claim, So We told them to go ahead because We did no Wrong to our kids. So in their investigation they found no child abuse or neglect. So cps told us that if We take parenting class and anger management We Will get our kids back. So We took it and Went to court in Oxford and

they went back on their word. They said they
don't want us to have our kids back anymore.
They even gave us a lawyer for me, and gave

Page 2 of 4

Joyce a lawyer. I told them we don't need
separate lawyers and they told us that's
the way cps want it. So my lawyer took me
in one room while Joyce's lawyer took her in
another room and my lawyer told me he said.
Ok John if you be honest with me you will get
your kids back. I said ok. He said did you ever
see Joyce abuse those kids? I said no. He
said come on now John if you want your kids
back you have to be honest with me I said
I am honest with you. I'm telling you the
truth. So when we got back into our car, I
told Joyce what happen and she said her
lawyer did the same thing to her as well. So
the lawyers tried to make us go up against
each other. So after this, I say several days
later, we had a call from our lawyers they
wanted us to meet them in a room in the same
building as the courtroom. Right there we
were forced against our will to sign adoption
papers for Samantha and Stephanie. In
the room it was our lawyers, and the Guardian
Ad Litem Betty Currin. We told them that we
don't want to sign it but my lawyer said if
you don't your will go to jail. They even had the

Sent from my iPhone

Begin forwarded message:

From:
Date: February 18, 2036 at 9:39:43 PM EST
To: John Grisson <johngrisson@inbox.com>
Cc: jetonr@yahoo.com, David Bice <bha.camera@aol.com>, D'ana Hant
o.anie61900@yahoo.com, Daniel Israel <danelisrael37@gmail.com>, Keshia Holliman
keshiaholliman@gmail.com, snowlowstewart@yahoo.com, Bethany Sims
simsbethany@yahoo.com, T Chaser <tchascrcamera@gmail.com>, Lancia Brennen
expaminelife2e@outlook.com
Subject: Cont. of Affidavits II

page 5 g 4

Kittrell NC. Well in 2004 We gave birth to a baby boy at Maria Parham Medical Center in Henderson, Well the very next day, the police and Some Women came in the room and this Woman Said we are from the Vance County Child Protective Services, We're here to take your Son away. And I Said for what? and she Said for neglect. And again no Court order, So When they issued a Court date, We couldn't go because We had a phone call from Betty Corrin Stating that Joyce's oldest Sister name Elizabeth Montren told Betty that if We Show up Joyce's oldest Sister's husband name Bill threaten to beat me up while Elizabeth Would beat Joyce and my mom and Joyce's mom name Lou up. And Betty also Said that the deputies in Court were in

we will go to jail. So I tried to get some
Security for us if We go and they refused us
any Security. That's why We couldn't go
because again We Were placed under threats,
duress coercion not Knowing What they
Would do to us.

Pg. 4 of 4

know When this happen.

x ~John Grissom~
John Grissom
~Joyce Sasnett~
Joyce Sasnett
NOTARY

North Carolina State Vance County on this
28th day of December 2015 Before me. Torrence Charles Cease
Subscriber, personally appeared John Grissom
and Joyce Sasnett to me, Known to be the
living man and Woman describe in and Who

executed the foregoing instrument and sworn
before me that he she executed the same as
his her free will act and deed.

TORRENCE CHARLES CEASE
Notary Public
Vance Co., North Carolina
My Commission Expires Sept. 19, 2018

Torrence Charles Cease
Notary

My Commission expires: 9-19-2018

## Affidavit of
### Daniel Blue, Jr. and Brenda Sue Blue

I Daniel and Brenda Sue Blue, Affiant, being of lawful age, qualified and competent to testify to and have firsthand knowledge of the following facts do here by swear that the following facts are, correct and not misleading:

1. We filed Incorrigible charges on our adopted daughter with a court hearing of July 14, 2008. We had a false allegation made on our home 10 July 2008 by our adopted daughter who was upset and ran down the street to the home of a 30-year-old neighbor Latina Johnson. She stayed at her home for approximately nine hours before she was taken to the Warren Police Department.

2. She made several false allegations against the mother with the Warren Police Department which were proven to be false. Finally she made a false allegation against the father to the Warren Police Department and our world was turned upside down.

3. Child Protective Service (CPS) worker, Dawn Napier and eight Warren Police Officers came to our home around approximately 12 midnight and the CPS worker Donna Napier refuse to present a court order authorizing her to remove the children from our home. The order was signed by referee John Kennedy the next day, July 11, 2008.

4. Refuse to let adopted son          go to live with relatives Mark and Angela Blue husband's family or John and Rachel Rembert wife's family.

5. The parents warned the CPS workers, that DeAnthony and Jeremiah had previously been sexually abuse. However, both boys were molested while in the care of the State of Michigan. Both boys had to have extensive sexual abuse therapy after both boys were returned home.

6. The CPS worker Dawn Napier stated on the order to take the children into protective custody (see attached order) stating Michelle indicated that adopted father attempted to penetrate on 7/10/2008. In the allegations report 4. It has been reported that Michelle has in her possession a used condom and a sex toy from the alleged incident. Our daughter was never been taken to the hospital, no crisis team or trauma team was ever notified and no potential vaginal exam was ever performed. Mother insisted that daughter be taken for an exam to eliminated father in the allegation. Daughter was taken by CPS worker Crystal Magnum 18 days later to the Dr. and no vaginal exam was performed.

make that clear.

..........____ .:as returned home after nine months, t.._ ..           was adopted in 2011 and ˉ       our adopted daughter was put back in the system to live in foster care homes at this time we do not know where she resides

x ~~Daniel Blue~~

**DANIEL BLUE, JR.**

x ~~Brenda Sue Blue~~

**BRENDA SUE BLUE**

2 | P a g e *2*

---

**NOTARY**

YOUR State Texas , Your County Collin on this 2ᴺᴰ day of June , 2015 before me Patricia Anne Carpenter the subscribers, personally appeared Daniel Blue, Jr. and Brenda Sue Blue to me known to be the living (man and woman) describe in and who executed the forgoing instrument and sworn before me that he executed the same as his free will act and deed.

Patricia Anne Carpenter

**Notary**

My commission expires 10 25 2016

(Notary Seal)

7. Warren Police Detective Koenig stated our daughter had a condom, a sex toy with the pubic hair on it in her purse used in the alleged incident. The father suggested that he be tested at an independent lab at his expense and requested Warren Police tests the condom, sex toy and the pubic hair to eliminate the father. The Warren Police Department refused to test these items which would have cleared up these allegations. Detective Koenig from the Warren Police Department said he could save me some money if we plead guilty. Detective Koenig also threaten us by saying we could be held in the state custody on these charges for seven years and he also made threats of coming to my place of employment and arresting me..

1 | Page

g 3

---

8. While in the care of the State of Michigan our adopted daughter ran away and was raped from the Vista Maria Agency, and was located four days later. The Vista Maria Agency and the State of Michigan failed to notify or include the parents with their daughter's plan of service and all medical needs and treatments.

9. Judge Tracy Yokich never put anything on record only when she made a ruling during the case. Parents filed a complaint against this judge with the Judicial Tenure Commission for violation of due process and civil rights violation. Filed a grievance against attorney Marc Lakin with the Attorney Grievance Commission. Attorney Gail Benson and Marc Lakin took money from us and work with the prosecutor and Judge to persuade the parents to plea no contest because they had no case the parents refused!

10. We decided to fight this false allegation and not back down and we hired Attorney Dwayne Johnson our third attorney on this case. This case lasted a total of three years in Judge Tracy Yokich courtroom. The only way the case could be cleared up was for the parents to sign over their parental rights under duress and coercion with no therapy offered. Prosecutor John Angie stated that our daughter did not want to come back home.

11. Later we found out she had recanted her allegations and was begging to come back home. The prosecutor, Judge Yokich and the State of Michigan knew this information and refuse to reveal it to the parents. Attorney Kimberly Brown was the attorney for the children and did not visit them on a regular basis. Judge Yokich had Attorney Brown removed from her responsibilities as attorney for the children.

12. We spent over 23,000.00 on attorney's fees and miscellaneous items on a false allegations that should have been resolved in 10 days. We were charged with the following: failure to protect, neglect, sexual abuse, exploitation and abuse, sexual contact abuse Who gives back foster children, foster care license and return adopted son with these types of allegations made against parents ONLY with Gods Amazing Grace we decided to fight these false allegations and refuse to back down we were successful. Judge Tracey Yokich finalize our adoption of DeAnthony Frazier-Blue, the State of Michigan and CPS removed our names from the Central Registry. Vista Maria Agency reinstated our foster care license. This family through the Vista Maria Agency has been recognized as Foster Care Parents of the Year October 2007, for our care in the foster care and adopted system for children and mentors for other foster care/adoptive parents.

13. We have all of our foster care records, CPS records, correspondence and complaints pertaining to this case.

If your children are still in your home make sure you note that you and your children are being forced to partici

# Save Our Children Affidavit's of Truth 2022

I/we **Keshia Horton** being first duly sworn, under oath, and states that the following information is within his personal knowledge and belief. I am an adult of sound mind and hence competent to swear this Affidavit

| | |
|---|---|
| **Mother's Name (Grandparent or Guardian)** | Keshia Latoya Horton |
| **Age** | 36 |
| **Father of Child/ren's Name (Grandparent or Guardian)** | Kenyatta Holliman |
| **Age** | 39 |
| **Marital Status** | **Please select one** <br> Divorced |
| **Email Address** | keshiahorton35@yahoo.com |
| **Phone Number** | (478) 478-5957894 |
| **When is the best time to contact you?** | anytime |
| **Mailing Address** | 200 Riverview Dr, 206A3 <br> Dublin, Georgia, 31021 <br> United States |
| **Number of Children** | |

**Is Your Case Open?**  Not sure    Other

**Case No.(s)**  2012J0557

**Case No.(s)**  2012J0558

**Case No.(s)**  2012J0559

# Information of Perpetrators/Offenders

**Name of Agency that Illegally Removed Your Children From the Home**  Laurens County Division of Family & Children Services

**Address of Agency that Illegally Removed Your Children from the Home**  904 Claxton Dairy Rd
Dublin, Georgia, 31021

**County Attorney Full Name**  Rocky Adams

**Address for Agency Attorney or County Counsel**  1506 Bellevue Rd
Dublin, GA, 31021

| | |
|---|---|
| **Agency Social Worker or Investigator who removed your children** | Tina Dixon |
| **Additional Case Worker (other) if different** | Natasha Boston |
| **Social Worker Supervisor** | KIM DAVIS |
| **Head of Agency** | Candice Broce |
| **Head of Agency Email** | customer_services_dfcs@dhs.ga.gov |
| **Name of Court that made Detention or Removal Orders** | Laurens County Juvenile Court |
| **Name of Judge or Referee** | William Tribble |
| **Court Address** | 101 North Jefferson St. Dublin, Ga, 31021 |
| **Do you currently have an attorney?** | NO |
| **Outside Individuals or Agencies** | CASA |
| **Non-Government Individual or Adoption Agency** | Debroah Hemingway |
| **Non-Government Individual or Adoption Agency Address** | 3025 Woodfield Dr Dublin, GA, 31021 |

## Witnesses

| | |
|---|---|
| **Witness #1 Name** | Scottie Horton |
| **Witness #1 Phone Number** | (770) 689-8460 |
| This witness will testify to the following | |
| **Witness #2 Name** | Antonio Cannon |
| **Witness #2 Phone Number** | (478) 595-7759 |
| This witness will testify to the following | |
| **Witness #3 Name** | Vicky Taylor |
| **Witness #3 Phone Number** | (478) 246-3241 |
| This witness will testify to the following | |

**Why is it in the Best Interest of the Children for them to be with you?**

My Children are an Inheritance from my Creator. I believe that only I can give my Children genuine

mental facilities. I believe once I get all my children back with me in my life along with compensation to help restore our lives back and help my family to be WHOLE again.

## Statement of Facts Initial Removal Violations

### CIRCUMSTANCES DURING MY CHILDREN'S REMOVAL

There was no warrant giving to remove my children. There was no Incident on the day my Children was taken. The Officials target my son Kenyatta Jr who was 4 years od at the time. The School Counselor kept my son from getting on the bus and brought him home instead. At the time I was not home but my Son's Father was next door to the neighbors house to get him once he got off the bus. The School Counselor refused to give Kenyatta Jr to his Father. The school Counselor called DFACS and Dfacs text me and said that no one was there to get my son off the bus and stated I had 5 minutes to get there. I arrived in time along with my other children and my brother's Fiance.. Tina Dixon and Natasha Boston and the School Counselor was out of there cars standing together with my son Kenyatta JR. The School Counselor stated that my Son was afraid to get on the bus so she decided to bring him home. She did not dive me a call to let me know she was bring my Son home. The School Counselor stated she did want to leave Kenyatta Jr with his father do to past domestic violence allegations. DFCS/CPS said they had to take my children into protective custody because they believed something was going on in the home that made him not want to get on the bus. I asked my son right in front of CPS why he was scared to get on the bus and he stated he was not scared to get on the bus. DFCS/CPS ask me if i had a family member that I can go stay with so that i wouldn't be around the father with the children. I told them my brother and his Fiance and they did not think it was a good idea because my brother had a family of his on which was only him and his fiance and his child that was 6 at the time. Finally they said i had my chances to find somewhere to go with my children and said thy had to take my Children into protective custody. They told me that I will get my children back in 72 hours and they just wanted to make sure nothing was go on in the home between me and the father. I never had a 72 hour hearing and did not get my children back. Kenyatta JR has been placed in about 5 different foster homes and about 6 Group Homes and Mental Facilities. My children has been neglected, mental abused and tortured. CPS/DFCS ruin my life and my children's life.

## Tort Claims

### I AM BRINGING THIS TORT CLAIM BECAUSE

My children has been placed in different foster home and mental facilities. My son Kenyatta JR has been torture in mental facilities. CPS/DFCS placed my son in DEVEREUX Mental Facility in the state of Florida when we are from Georgia and my son was taken by DFCS/CPS in the state of Georgia. He resides in the Devereux Mental Facility in Florida for about 7 years. They removed him from the Facility late 2019 and brought him back to the state of Georgia. He was sent to different Group Homes and Mental Facilities again between 2019-2022 and they place him in a hotel with a staff to supervise him for several months and he was not in school. They later got ready to send him to another DEVEREUX Mental Facility that located near Atlanta Georgia. DEVEREUX has several mental facilities located in others states. My son Kenyatta JR was told by the staff and others that the DEVEREUX facility that DFCS/CPS was sending him to next is worst then the DEVEREUX Facility in Atlanta. My son Kenyatta Jr. ran away from the Hotel DFCS/CPS had him residing in because he new DEVEREUX in Florida was

terrible to him and DFCS/CPS was about to pace him in another facility that worst then that one so he ran for his life. Also when he was 5 years old they placed him in a facility with children between 12-18 years old and he was the youngest in the facility. Kenyatta Jr seem to have suffer and been tortured more then my other children but they all have suffer and even I have suffer from being alienated from my children and not been able to watch them grow and not being able to be apart from there lives all felt like a death situation. DFCS/CPS lied to my children and told them that I gave them up and did not want them.

## Law Enforcement Misconduct

**Was your child in immediate danger?** NO

**Did you give permission to detain your children into custody?** NO

## Trespass

**Did you give permission to enter your**
    No    Coerced Under Duress

    Trespass on Property

**home?**

While state laws define criminal trespassing somewhat differently, the typical elements of the crime are:
intentionally entering or remaining on
someone else's property
without authorization.
Did someone trespass onto your property or dwelling?

### The following Agency Actor Trespassed

Tina Dixon, Natasha Boston and The School Counselor was in my yard with my son upon arriving home. The School Counselor did not get my permission to keep my son from getting on the bus to bring him home in her car.

## Social Worker Misconduct

**Were you provided with a juvenile court detention hearing?** YES

**How long from detainment until you had your first hearing or detention hearing?**
15 days after children was taken.... not sure if it was a detention HEARING but I know it was my very first hearing

**Were you served with a report detailing the allegations before your first hearing?** NO

### The following individual's actions were unethical and demonstrate misconduct

Tina Dixon , Natasha Boston,Kim Davis, Mia Parks, CASA and etc. all help with the legal kidnaping of my children.

**Perjury and False Statements**

**Were False Statement Made In the Social Study Report**     YES

**I have and hereon dispute these false statements with the following**

They said my children was deprive and neglected and they stated I failed to protect my children. None of it is true and is a false allegation

# Slander and Libel

**check any and all that apply**          Did a social worker knowingly make false statements?

# Family Reunification Plan

**Did you sign a family reunification plan?**          YES

**Did you attempt to complete the plan, or did you complete the plan?**          NO

**Were any of these services required by the social worker not necessary and why?**

My children were not harmed at all. I did not neglect my children. I did not want dfcs/cps to have my children.

PSYCHOLOGICAL EXAM, HUSBAND FAIL HAIR FOLLICLE TEST, DFCS/CPS DID NOT WANT ME TO HAVE CONTACT WITH MY CHILDREN FATHER AND WANTED ME TO DIVORCE HIM

**Individuals Who Caused Emotional Distress**     KIM DAVIS

**Individuals Who Caused Emotional Distress**     Tina Dixon

| **Individuals Who Caused Emotional Distress** | Natasha Boston |
| **Individuals Who Caused Emotional Distress** | Linda Knight |
| **Individuals Who Caused Emotional Distress** | ANGIE STONE |

1. The tort of intentional infliction of emotional distress (IIED) occurs when one acts abominably or outrageously with intent to cause another to suffer severe emotional distress, such as issuing the threat of future harm.

2. To prove a claim for intentional infliction of emotional distress in California a plaintiff must prove that:

The defendant's conduct was outrageous,
The conduct was either reckless or intended to cause emotional distress; and.
As a result of the defendant's conduct the plaintiff suffered severe emotional distress.

3. Separating children from their families without a valid reason and slandering a parent's reputation could been seen as outrageous and extreme conduct if proven.

**I experienced emotional distress**

My Children ripped from me and erased out of my life caused me to feel like I have DIED a Million DEATHS

# Legal Malpractice

| **Name** | Willam Tribble |
| **Name** | Samuel Hilbun |
| **Name** | Harrold Mcclendon |

**My Attorney Committed Malpractice and was Ineffective Counsel**

They did not fight for my right and the rights of my children. They did not fight to keep my rights from being terminated.

They did not care what proof I had. They only focus on the negative

# Deprivation of Rights 42 USC 1983

**The following rights where deprived by a government official acting in their official duties.**

KIM DAVIS, TINA DIXON, NATASHA BOSTON, LINDA KNIGHT, CASSIE, MIA PARKS

## Discrimination

**Did you try to use your church and was it denied? If yes please state who, best of your ability, denied this?**                                KIM DAVIS

**What Legally Protected Reason Were You Discriminat ed Against**                Religion        Other

## Aggravated Kidnapping

**This is aggravated kidnapping because.**

MY SON WAS KEPT FROM GETTING ON THE BUS BY SCHOOL COUNSELOR AND SHE CALLED DFCS/CPS AND DFCS/CPS TOOK ALL MY CHILDREN

# Damages and Injury Compensation

**CPS/DFCS** was the Proximate cause of my damages.

blank

**CPS/DFCS** was the actual cause of my damages.

blank

**Describe All Damages**

false allegations , kidnapping, misconduct, abuse of power,

**Calculation**                    1 million per child per year out of my life

**IKESHIA HORTON** , Swear by penalty of perjury that the

blanks

contents of this affidavit are true to the best of my

know.

**Terms and Conditions**          Accepted

**Signature**

Koner Horton



Affidavit of
**KESHIA HOLLIMAN**

I **KESHIA HOLLIMAN**, Affiant, being of lawful age, qualified and competent to testify to and having firsthand knowledge of the following facts do hereby swear that the following facts are true, correct and not misleading:

I have five children that were taken from me by cps. Their names are,
born on                    ,

nale born                        .  Four of my children has been adopted by one of cps foster parent name Debroah Hemingway who also go by the name Debbie. I did not sign my rights over, they were taken from me therfore the adoption was involuntary. Mrs Hemingway lives at 202 Camelot Dr. Dublin GA 31021. Mrs. Hemingway has changed my children names.      's name has been changed to                    'a name has been change but only her last name, and it has been changed to                'tae's name has been change to                 name has been change t            vay. I am not sure          s been adopted. He was remove from the other children and were place into a Behavior center. He has been removed 5 times before they terminated my rights. The last place I visit Kenyatta was Youth Villages Inner Harbour campus 4685 Dorsett shouls Rd. Douglasville GA 30135.           nerapist name there was Ashley Prowell and his case manager name was Christy Vanadore. My last visit with           . was on our about December 2012.

My children was taken from me by Laurens County DFACS who are also called cps. Tina Dixon and Natasha Boston took my children on October 5, 2010. My children were not harm. There was no domestic violence or any incident at all on the day my children were taken. They told me I failed to protect my children on behalf of the father Kenyatta Holliman Sr.. They did not want him around his children due to past arguments and domestic violence allegations. Kenyatta Sr. never harmed his children and neither have I. I did not failed to protect my children because there was no incident. I do on the other hand feel as if I failed to protect my children because I allowed them to take my children.

On October 5, 2010 before the children were taken into custody a school counselor from Susie Dasher Elementary school of Laurens County kept my sou      : from getting on the bus and put him into her vehicle to bring him home with out my consent. She assumed he was afraid to get on the bus.

On October 5, 2010 Kenyatta Holliman Sr. looks for his son to get off the bus but instead the

*g j± / ﹒

school counselor brings him refusing to give _____ Jr. to the father Kenyatta Sr. The school counselor said _____ r. was afraid to get on the bus, to which they switched it around later after my children was taken into Cps custody, that the "CHILDREN WAS" afraid to go home on several occation. _____ ad an behavior problem and the school was aware of that. He was dianose with ADHD and they were aware of that. _____ as always had behavior problems in school and it was well known of. The school counselor called cps since the father left, after she refuse to give him _____.

I am not sure of the school counselor's name ,but I did typed in susie dasher 2010 school counselor in my web browser, and Carol Craig appears to be the school counselor for Susie Dasher Elementary school of Dublin Ga for the 2010 school year.

I was not home at the time the school counselor brought _____ home. I was to my brother house with my other 3 children with me. At this time I only had four children. _____ . was not born yet. I get a message from the school counselor. She told me that _____ did not want to get on the bus so she brought him home and that she could not leave _____ th the father. I told her I was on my way. Less than five minutes I get a message from Tina Dixon and Natasha Boston telling me I had ten minutes to be there and that no one was there to get Kenyatta Jr. As I arrived at my home with my other children there stood Tina Dixon, Natasha Boston and the school counselor and there was _____ Dixon ask me did I have a safe place to go with my children since they assume something was going on in my home. My two brothers Scottie Horton and Antonio Cannon was present and they both told Tina Dixon and Natasha Boston they will help me and that me and my children could stay with either of them. Tina ask Scottie Who all live with him. He told her his two kids and the children mother lived with him. Tina told me I could not take the children with me to Scottie house because he has his own family. Due to Antonio being 23 at the time, I was told he was too young. I was asked did I have any other relatives and I said my aunt Vicky Taylor. Upon calling my aunt Dfacs or rather cps told me that I was given enough time and that they had to take my children into protective custody because I failed to protect my children. After that a Dublin police pulls up and they took .
months old, out of my hands and put him into their vehicle and the other children. I was told that everything was going to be okay and that I would get my children back whithin 72 hours and that they was only doing their job in protecting my children. I was told that I will have a 72 hour hearing but I did not have a 72 hour. My hearing was on October 13, 2010 and the day they took my children was October 5, 2010. That was not 72 hours. I went to the hearing on October 13 2010 and they only had me there to see rather if the Judge determine if they had a proper cause to take my children Judge for taking my children. Judge. The Court determine my children was deprive. I did not get my children back.

_____ facility. Abundant Life is a place for mothers and children where they help those who has cps cases, to get

their children back. They also helped with transition housing. I was told by cps and the Abundant Life staff that 90 days after being in Abundant Life, my children will be able to come there with

me. My children did not come whithin 90days like they said. I was pregnant with ___ at my residing in Abundant Life. My children was suppose to come with me in Abundant Life way before I gave birth ___ h. I was told by Cps that they would plac ___. with me first since he needed more one on one attention and due to his behavior problems. They kept prolonging in getti ___ and my other children there with me . My kids was the only reason I was there.

A couple of months before giving birth to l ___ Kim Davis told me that ~ ___ could not come with me due to the fact it was close to me having my baby and that I need to be able to bond with my baby. I told her I could bond with my baby ___. r.. She did not agree. I been in abundant life abo~ ___ at that time.

I gave birtl ___ 1. I was still residing at Abundant Life up to Ken'Noah's birth and after his birth. On November 18, 2011, Tina Dixon the same cps worker who took my other children showed up at the hospital and took Ken'Noah. Tina Dixon told me that it was court order to pick up my baby. I wanted to know why when I was suppose to take my baby with me to Abundant Life. I was told my case worker Kim Davis went to court and got orders from the judge to take my baby into custody. I later was told by cps that they took ___ due to my other children being in foster care. At my hearing they said that ___ was found deprive but he was not deprive. Kim Davis new all along that they was going to take my baby, but she had me thinking my baby was going to live with me at Abundant Life and my other children after.

I had visitation with my children at CASA, and they made bad reports about my parenting. They said I spend too much time on my girls hair when my children hair would be really messy when they arrive at the visits. I DO hair and I did not like seeing my children head looking like that. I would not only do my girls hair but I would also brush my boys hair as well so all of them still got attention and we would be watching t.v at this point and besides I did not do their hair at every visit because when I do my girls hair it would be where it would last for about a 2 to 3 weeks. They eventually stop me from doing my children hair. The more I tried to prove to them that I am a good mother who love her children the worst they got. I felt like I was in war zone and in bondage when visiting my children at CASA. Even the Foster Parent Debbie Hemingway was along with DFACS and CASA, and she also made bad reports that lead to me not getting my children back, and I think she did it so she could adopted my children.

Here is a List of names of all respondant who took my children without proper cause and made false allegations on me and also the ones who help them do it.

**DEPARTMENT OF HUMAN RESOURCES**
**LAURENS COUNTY DEPARTMENT OF**
**FAMILY AND CHILDREN SERVICE A.K.A CPS**
Tina Dixon, Natasha Boston, Kimberly Davis, Ann Nakoneczie, Angie Brown,

**CPS ATTORNEYS**
Elizabeth Williamson (STAFF ATTORNEY), Thurbert E. Baker (ATTORNEY GENERAL)
Shalen A.Nelson, (SENIOR ASSISTANT ATTORNEY GENERAL), Charles C. Butler(STATE BAR NO.099517 SPEC ASST ATTORNEY GENERAL)

**JUDGES**
William L Tribble, Samuel Hilbun

*Pg. 4 g 5*

**FOSTER PARENT**
Debroah Hemmingway

**LAUREN COUNTY CASA**
Linda Kight, Marie Townsend

**GUARDIAN AD LITHEM**
Keri Thomson

x _Keshia Holliman_

**NOTARY**

Georgia State, Laurens County on this __24__ day of __July_____, 2015 before me
_Yolanda Tornette Wilcox_, the subscriber, personally appeared Keshia Holliman
to me known to be the living (wo)man describe in and who executed the forgoing instrument and
acknowledge before me that he executed the same as his free will act and deed

Sent from my iPhone

Begin forwarded message:

From: ...........
Date: February 18, 2016 at 9:43:14 PM EST
To: Keshia Holliman <keshicholliman@gmail.com>
Cc: Dian Hunt <bonnie61900@yahoo.com>, John Grissom <johngrissom@inbox.com>, Daniel Blue <bluecaaney@aol.com>, Bethany Sims <simsbethany@yahoo.com>, Daniel Israel <danielisrael37@gmail.com>, sbowlowstewarts@yahoo.com, T Charm <tchareecaanea@gmail.com>, Laucia Brernen <expandmdlife2e@ot.Cook.com>, jetman@yahoo.com
Subject: Cont. of Affidavits 114

Dfacs or rather CPS filed a Petition for Termination of Parental Rights on October 4, 2012 and concluded on November 29, 2012. The Court issued an Order terminating my parental rights on December 20, 2012 and it was signature by Judge William Tribble. After terminating my rights Judge Tribble retired on or about January of 2013. Then Judge Samuel A. Hilbun became the Juvenile Judge. I filed for a Motion for New Trial on January 11 ,2013. After the Hearing on the Motion for New Trial before Judge Samuel Hilbun, an Order denying the motion for New Trial was entered on March 29, 2013. All their decisions was base upon what they felt and thought what was best for my children. Mrs. Kim Davis said during the time of them terminating my parental rights that she did not think I could protect my children when their was never any harm done to my children they said that I was unable to provide unstable housing for my children. When I was released from Abundant Life in April of 2011 I got me a home, and it is the home I am living in now. They said that the cause of deprivation on my behalf, towards the children was emotional abuse. To me they did not want me to have no feelings due to my children being taken. When I did not show any signs of emotions or anything they said I was not showing any concern for m children. They played with my feeling and emotions. There is whole lot more than this that they put me threw but I am only telling a little portion of it. I did not think I was treated fairly as a human being. The only thing these people did was kept on coming up with excuses not to give me back my children. My children was happy and I made sure of that when they was home with me. My children was taken from me and place with a stranger. Dfacs destroyed my family. They said that my children father was my abuser but THEY ARE MY ABUSER. The pain that I feel from these people taking my children and destroying our lives, never goes away.