**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF NORTH CAROLINA**
**SOUTHERN DIVISION**

| | | |
|---|---|---|
| **SAVE OUR CHILDREN TRUTH** | ) | |
| **COMMISSION, et al.** | ) | |
| | ) | **Case No. 7:22-cv-00178-FL** |
| **v.** | ) | |
| | ) | |
| **UNITED STATES GOVERNMENT, et al.** | ) | |

## MOTION FOR EXTENSION OF TIME

COME NOW Defendants St. Francis Ministries (hereinafter "St. Francis") and William Clark[1], by and through counsel, pursuant to Fed. R. Civ. P. Rule 6(b)(1)(A) and hereby move the Court for an extension of time in which to file an Answer or otherwise file a responsive pleading. Defendants St. Francis and William Clark seek the additional time for the reasons set forth as follows:

1. Plaintiffs, which number in excess of 50 *pro se* Plaintiffs, filed the instant lawsuit on October 11, 2022, against numerous defendants.

2. In this matter, *pro se* Plaintiffs have filed a litany of claims against numerous defendants, including the United States Government, President Joe Biden and various Federal, State and local agencies. Significantly, Plaintiffs' 154-page Complaint consists of 327 paragraphs and 23 accompanying Exhibits.

3. Based upon information and belief, Defendant St. Francis was personally served with a copy of the Summons issued to St. Francis and various exhibits on October

---

[1] Defendant William Clark, President of St. Francis Ministries, has not been personally served with the Complaint. Rather, the Summons and Exhibits to the Complaint issued to St. Francis Ministries was dropped off at the St. Francis corporate office. However, Defendant William Clark was never served personally. The instant Motion is being filed on behalf of Defendant William Clark, out of an abundance of caution, to the extent service on St. Francis is somehow deemed sufficient service of process against William Clark, but which these Defendants deny.

27, 2022, *which would potentially make St. Francis' answer/responsive pleading deadline on November 17, 2022*. Defendant St. Francis was not served at any point with a copy of the actual Complaint, only a summons and copies of the Exhibits to the Complaint.

4.  Because St. Francis was not, and to date has not been, personally served with a copy of the Complaint, Defendant St. Francis disputes the sufficiency of proper service on St. Francis in this matter and is not waiving its right to challenge the sufficiency of service of process on St. Francis in its responsive pleading, in addition to other dispositive affirmative defenses, including, but not limited to, jurisdictional challenges. To the extent Defendant William Clark is deemed to have been served at the same time of the purported service on St. Francis, which is denied by these Defendants, Defendant William Clark intends on asserting, and does not waive, the same sufficiency of service of process and other affirmative defenses noted herein as St. Francis intends to assert.

5.  Out of an abundance of caution and to not risk waiving St. Francis' or William Clark's Answer and/or responsive pleading deadline, St. Francis and William Clark move for an extension of time in which to file an Answer or responsive pleading based on the purported October 27, 2022, service date.

6.  The lead attorneys who will be representing St. Francis and William Clark in this action were only recently retained by St. Francis in this matter and are located in Kansas. Lead counsel for St. Francis and William Clark has been working on

securing local counsel to assist in the defense of St. Francis and William Clark in this case, who have signed the instant pleading.

7. Based on the number of *pro se* Plaintiffs involved in this action and the litany of claims filed against multiple defendants situated across the country, counsel for St. Francis and William Clark needs additional time to review and analyze Plaintiffs' claims and to assess which *pro se* Plaintiffs have any association with St. Francis and/or and William Clark in this matter. Such analysis requires additional time in order for St. Francis and William Clark to prepare an initial defense in this matter and prepare the appropriate responsive pleadings to address the sufficiency of Plaintiffs' Complaint, including a Motion to Dismiss.

8. Defendants St. Francis and William Clark respectfully request an extension of time in which to file an Answer or other responsive pleading up to and including December 19, 2022, 32 days after the current *purported* deadline for Defendants St. Francis and William Clark to Answer or otherwise file a responsive pleading.

9. Given the *pro se* nature and number of the Plaintiffs as Parties in this action, and the immediacy of the need for an extension of time for Defendants St. Francis and William Clark to respond to Plaintiffs' Complaint, Defendants St. Francis and William Clark were unable to confer with the 50+ *pro se* Plaintiffs prior to filing the instant Motion.

10. The instant request for additional time is not made for purpose of hinderance or delay, but to allow defense counsel sufficient time to analyze Plaintiffs' claims and prepare an appropriate response to Plaintiffs' Complaint.

3

WHEREFORE, for the reasons set forth above, Defendants St. Francis Ministries and William Clark respectfully request an Order of the Court granting up to and including December 19, 2022 for Defendants St. Francis Ministries and William Clark to Answer or otherwise plead, and for such further and other relief as the Court deems just and proper.

This the 16th day of November, 2022.

/s/ Daniel G. Katzenbach
Daniel G. Katzenbach
N. C. Bar No. 24342
**CRANFILL SUMNER LLP**
Post Office Box 27808
Raleigh, North Carolina 27611-7808
Telephone:     (919) 828-5100
Facsimile:      (919) 828-2277
Email: dgk@cshlaw.com
Local Civil Rule 83.1 Counsel for St. Francis Ministries and William Clark


**FRANKE SCHULTZ & MULLEN, P.C.**
Derek G. Johannsen *(Pending Special Appearance)*
KS Bar No.     22569
Danielle M. Uzelac *(Pending Special Appearance)*
KS Bar No. 26533
8900 Ward Parkway
Kansas City, MO 64114
Telephone:     (816) 421-7100
Facsimile:      (816) 421-7915
Email: djohannsen@fsmlawfirm.com
Email: duzelac@fsmlawfirm.com
Counsel for St. Francis Ministries and William Clark

Case 7:22-cv-00178-FL   Document 108   Filed 11/16/22   Page 4 of 8

## CERTIFICATE OF SERVICE

I hereby certify that on the 16th day of November 2022, I electronically filed the foregoing *Motion for Extension of Time to Answer Plaintiffs' Complaint* with the Clerk of Court using the CM/ECF system and mailed the document via the United States Postal Service, postage pre-paid and addressed to:
.

Melody Rodgers
201 W Bayshore Blvd.
Jacksonville, NC 28540
*Plaintiff Pro Se*

Laurie Reynolds
600 Victoria's Cir
Saint Mary's, GA 31558
*Plaintiff Pro Se*

Teresa Goin
841 West Alpha Parkway
Waterford, MI 48328
*Plaintiff Pro Se*

Mohogany Hunter
8236 Troost Ave.
Apr. 3R
Kansas City, MO 64131
*Plaintiff Pro Se*

Natasha Loach
400 Liberty St.
Apt. 105
Kileen, TX 76543
*Plaintiff Pro Se*

Raymond Sipult
P.O. Box 20571
1314 N. Oliver Ave.
Wichica, KS 67042
*Plaintiff Pro Se*

Russ E.Cody
1012 N. Denver St.

Malachi Chapman
470 Dekalb Ave.
Apt. C
Brooklyn, NY 11205
*Plaintiff Pro Se*

Tijana Vidanovic
13066 Gridley St.
Slymar, CA 91342
*Plaintiff Pro Se*

Desiree Peterson
1632 Ontario St.
Fairfield, CA 94533
*Plaintiff Pro Se*

Cecelia Evertez
47 Poverty Hollow Road
Newtown, CT 06470
*Plaintiff Pro Se*

Renesha Tomlin
1501 Edith Blvd. SE
Apartment 3
Albuquerque, NM 87102
*Plaintiff Pro Se*

Glenda Cody
1012 Denver St.
El Dorado, KS 67042
*Plaintiff Pro Se*

Keishia Holliman
103 Gatlin Dr.
206A3
Dublin, GA 31027

4865-4209-3372

Eldorado, KS 67042
*Plaintiff Pro Se*

Kenya Cloud
1036 Madeira Dr. SE
Apt. 4
Albuquerque, NM 87108
*Plaintiff Pro Se*

Kristen Clark-Hassel
108 Plantation Court St.
Saint Marys, GA 31558
*Plaintiff Pro Se*

William O'Dell
670 Elmwood Dr.
Woodway, TX 76712
*Plaintiff Pro Se*

Kristina Singleton Baldwin
3223 Quincy St.
Fort Smith, AR 72903
*Plaintiff Pro Se*

Alan Meddows
5997 Smith Rd.
Pleasant Plant, IL 62677
*Plaintiff Pro Se*

Deanna Robinson
2650 Moss Run Road
Marietta, OH 45750
*Plaintiff Pro Se*

Jessica Kirby
240 Hazelwood Avenue
#4
Pittsburgh, PA 15207
*Plaintiff Pro Se*

Connie Ford
700 Hollywood Rd.
Knoxville, TN 37919
*Plaintiff Pro Se*

*Plaintiff Pro Se*

Keona Bradley
6429 E. Cottonwood Lane
Wichita, KS 67207
*Plaintiff Pro Se*

Elizabeth Andrews
5182 NW Miller Rd.
Altha FL 32421
*Plaintiff Pro Se*

Emily O'Dell
670 Elmwood Dr.
Woodway, TX 76712
*Plaintiff Pro Se*

Sally Boroghese
510 Marsh Ridge Dr. NW
Apt. 103
Grand Rapids, MI 49504
*Plaintiff Pro Se*

Christina Anderson
2550 Ironwood Way
Apt. E
Lexington Park, MD 20653
*Plaintiff Pro Se*

*Latasha Woolridge*
*529 Texas St. SE*
*Albuquerque, NM 87108*
*Plaintiff Pro Se*

*Joe Steink*
*430 SW Blake St.*
*Melvern, KS 66510*
*Plaintiff Pro Se*

*Wilniesa Turner*
*3257 Market St.*
*Unit 1*
*Riverside, CA 92501*

*Plaintiff Pro Se*

Elani Wells
153 Scotland Dr.
Camden, NC 27921
*Plaintiff Pro Se*

Queena Hackney
2616 Charlesgate Ave. SW
Wyoming, MI 49509
*Plaintiff Pro Se*

Barbara Mast
5075 Saint Andrew Rd.
Apt. 4
Mariposa, CA 95338
*Plaintiff Pro Se*

Gerri Hood
985 Acord St.
Rockford, IL 61101
*Plaintiff Pro Se*

Amanda Hunt
631 SE LeLand Street
Topeka, KS 66607
*Plaintiff Pro Se*

Smilee Lawson
61 County Road
2313
Salem, MO 65560
*Plaintiff Pro Se*

Heidi Davis
241 N. 4th St.
Grand Junction, CO 81501
*Plaintiff Pro Se*

Brenda Blue
481 Cloverleaf Dr.
Lancaster, TX 75146
*Plaintiff Pro Se*

Gail Turner
1400 West Washington St.
Apat. 1002
Parix, TX 75460
*Plaintiff Pro Se*

Joy Tyler
1708 N 12 St.
Apt. A
Fort Pierce, FL 34950
*Plaintiff Pro Se*

Destiny Feather
405 Bobby Adams Lane
Poteet, TX 78065
*Plaintiff Pro Se*

John Eifer
14050 East Avenue Q
Palmdale, CA 93591
*Plaintiff Pro Se*

Steven Bradley
22036 N Canyon
Hwy. 12
Phoenix, AZ 85027
*Plaintiff Pro Se*

Ronisha Peters
1641 Bunker Hill Way
Salinas, CA 93906
*Plaintiff Pro Se*

*Kathrine Thomas*
1641 Bunker Hill Way
Salinas, CA 93906
*Plaintiff Pro Se*

*Daniel Blue*
*481 Cloverleaf Dr.*
*Lancaster, TX 75146*
*Plaintiff Pro Se*

7

Loribeth Aaron
1501 S. Park Ln.
Apt. 902
Altus, OK 73521
*Plaintiff Pro Se*

/s/ Daniel G. Katzenbach
Daniel G. Katzenbach
N. C. Bar No.  24342
**CRANFILL SUMNER LLP**
Post Office Box 27808
Raleigh, North Carolina 27611-7808
Telephone:     (919) 828-5100
Facsimile:     (919) 828-2277
Email: dgk@cshlaw.com
Local Civil Rule 83.1 Counsel for St.
Francis Ministries and William Clark
