# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF NORTH CAROLINA
### SOUTHERN DIVISION
### No. 7:22-CV-178-FL

| | | |
|---|---|---|
| SAVE OUR CHILDREN TRUTH COMMISSION, ET AL.; NATASHA LOACH; EMILY O'DELL; WILLIAM O'DELL; LORIBETH AARON; TINA BRANDON, ET AL.<br>*Plaintiffs*,<br><br>v.<br><br>UNITED STATES; JOE BIDEN; KAMALA HARRIS; XAVIER BECERRA; MERRICK B. GARLAND; GREG ABBOTT; DAN PATRICK; KEN PAXTON; JAIME MASTERS; BELL COUNTY; MCLENNAN COUNTY; WICHITA COUNTY, ET AL.,<br>*Defendants*. | § § § § § § § § § § § § § § § § § | **ORDER** |

ON THIS DAY, the Court considered Defendants Greg Abbott's and Ken Paxton's motion for an extension of time to file their answer or other responsive pleading under Fed. R. Civ. P. 12.

Having considered the motion, the Court finds that it is meritorious.

IT IS THEREFORE ORDERED that Defendants Greg Abbott and Ken Paxton shall file their responsive pleading to Plaintiffs' Original Complaint on December 23, 2022.

Signed this 29th day of November, 2022.

/s/ Peter A. Moore, Jr.
_____
Peter A. Moore, Jr.
Clerk of Court