IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:22-cv-178-FL

SAVE OUR CHILDREN TRUTH )
COMMISSION, et al., )
 )
      Plaintiffs, )
 )
  v. ) ORDER
 )
THE UNITED STATES OF AMERICA, et )
al., )
 )
      Defendants. )

ON THIS DAY, the Court considered Governor Kathy Hochul's motion for an extension of time to file her answer or other responsive pleading under Fed. R. Civ. P. 12.

Having considered the motion, the Court finds that it is meritorious.

IT IS THEREFORE ORDERED that Governor Kathy Hochul shall file her responsive pleading to plaintiffs' complaint on January 6, 2023.

This 7th day of December, 2022.

                                    /s/ Peter A. Moore, Jr.
                                    Peter A. Moore, Jr.
                                    Clerk of Court