IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:22-cv-178-FL

| | | |
|---|---|---|
| SAVE OUR CHILDREN TRUTH COMMISSION, et al., | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | ORDER |
| THE UNITED STATES OF AMERICA, et al., | ) ) ) ) | |
| Defendants. | ) | |

ON THIS DAY, the Court considered Governor Bill Lee's motion for an extension of

time to file his answer or other responsive pleading under Fed. R. Civ. P. 12.

Having considered the motion, the Court finds that it is meritorious.

IT IS THEREFORE ORDERED that Governor Bill Lee shall file his responsive pleading

to plaintiffs' complaint on January 9, 2023.

This 12th day of December, 2022.

/s/ Peter A. Moore, Jr.
Peter A. Moore, Jr.
Clerk of Court