IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
Case No.: 7:22-CV-00178-FL

SAVE OUR CHILDREN TRUTH )
COMMISSION et al. )
)
    Plaintiff, )
)
vs. ) **ORDER**
)
)
UNITED STATES GOVERNMENT, et al. )
)
)
    Defendants. )

In the above-entitled action, Defendant County of Los Angeles made application for additional time within which to serve a Responsive Pleading to the Complaint or to otherwise move or plead;

IT IS NOW ORDERED that Defendant County of Los Angeles be and is hereby granted additional time within which to serve a Responsive Pleading or other defenses to the Complaint up to and including January 6, 2023.

This the 12th day of December, 2022.

                /s/ Peter A. Moore, Jr.
              _____
                Clerk of Court, U.S. District Court
                for the Eastern District of North Carolina