# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF NORTH CAROLINA
# SOUTHERN DIVISION
# Civil Action No. 7:22-cv-00178-FL

SAVE OUR CHILDREN TRUTH )
COMMISSION, et al. )
                                          ) **ORDER**
v. )
                                          )
UNITED STATES GOVERNMENT, et al. )

In the above-entitled action, Defendants St. Francis Ministries and William Clark made application for additional time within which to serve a Responsive Pleading to the Complaint or otherwise plead;

IT IS NOW ORDERED that these defendants be and are hereby granted additional time within which to serve a Responsive Pleading or other defenses to the Complaint up to and including January 11, 2022.

This the 12th day of December, 2022.

                                                                         /s/ Peter A. Moore, Jr.
                                                                         Clerk of Court, US District Court
                                                                         for the Eastern District of North Carolina