UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA

-----------------------------------------------------------------x

SAVE OUR CHILDREN TRUTH
COMMISSION *et al.*,

                                  Plaintiffs,    **ORDER**

        -against-

UNITED STATES *et al.*,

                                  Defendants.

-----------------------------------------------------------------x

LOUISE W. FLANAGAN, United States District Judge:

    ON THIS DAY, the Court considered Defendant Kings County's motion for leave to file manually.

    Having considered the motion, IT IS HEREBY ORDERED, that Defendants Kings County is permitted to file manually to allow Counsel time to become an electronic filing user.

**SO ORDERED.**

Dated: December 14, 2022

                                                                 */s/ Louise W. Flanagan*
                                                       THE HONORABLE LOUISE W. FLANAGAN
                                                               United States District Judge