IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:22-CV-178-FL

SAVE OUR CHILDREN TRUTH )
COMMISSION, ET AL. )
*Plaintiffs,* )
)
) **NOTICE OF SPECIAL APPEARANCE**
)
v. )
)
UNITED STATES ET AL., )
*Defendants.* )

Please take notice that the undersigned, Marilyn Richter, hereby enters a notice of special appearance as counsel for Defendant Kings County New York in the above-captioned matter. In compliance with Local Civil Rule 83.1 (d), the undersigned Assistant Corporation Counsel appears in this matter on behalf of the governmental entity, Kings County New York.

I certify that I will comply with the Local Rules of this Court.

Dated: New York, New York
December 5, 2022

                                       **HON. SYLVIA O. HINDS-RADIX**
                                       Corporation Counsel of the
                                       City of New York
                                       Attorney for Defendant Kings County New York
                                       100 Church Street Rm. 2-180
                                       New York, NY 10007
                                       (212) 356-2083
                                       mrichter@law.nyc.gov

                         By:  */s/ Marilyn Richter*
                                 Marilyn Richter
                                 New York Bar. No. 1284603
                                 Assistant Corporation Counsel