IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
Civil Action No. 7:22-cv-00178-FL

| SAVE OUR CHILDREN TRUTH COMMISSION, et al. | ) ) ) | ORDER |
|---|---|---|
| v. | ) ) ) | |
| UNITED STATES GOVERNMENT, et al. | ) | |

In the above-entitled action, Defendant Kent County, Michigan made application for additional time within which to serve a Responsive Pleading to the Complaint or otherwise plead;

IT IS NOW ORDERED that this defendant be and is hereby granted additional time within which to serve a Responsive Pleading or other defenses to the Complaint up to and including January 18, 2023.

This the 14th day of December, 2022.

/s/ Peter A. Moore, Jr.
Clerk of Court, US District Court
for the Eastern District of North Carolina