UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
No. 7:22-CV-178-FL

---------------------------------------------------------------------x

SAVE OUR CHILDREN TRUTH
COMMISSION *et al*.,                         Plaintiffs,            **ORDER**

                     -against-

UNITED STATES *et al*.,

                                             Defendants.


---------------------------------------------------------------------x


LOUISE W. FLANAGAN, United States District Judge:

     ON THIS DAY, the Court considered Defendant Kings County's motion for an extension of time to file their answer or other responsive pleading under Fed. R. Civ. P. 12.

     Having considered the motion, IT IS HEREBY ORDERED, that Defendants Kings County shall file their response pleading to the Complaint by December 28, 2022.

**SO ORDERED.**

Dated: December 14, 2022


                    /s/ Peter A. Moore, Jr.
                    _____
                    Peter A. Moore, Jr.
                    Clerk of Court