IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:22-CV-178-FL

| | | |
|---|---|---|
| SAVE OUR CHILDREN TRUTH COMMISSION, ET AL.; NATASHA LOACH; EMILY O'DELL; WILLIAM O'DELL; LORIBETH AARON; TINA BRANDON, ET AL.<br>*Plaintiffs*,<br><br>v.<br><br>UNITED STATES; JOE BIDEN; KAMALA HARRIS; XAVIER BECERRA; MERRICK B. GARLAND; GREG ABBOTT; DAN PATRICK; KEN PAXTON; JAIME MASTERS; BELL COUNTY; MCLENNAN COUNTY; WICHITA COUNTY, ET AL.,<br>*Defendants*. | § § § § § § § § § § § § § § § § § § | MOTION TO DISMISS<br>Fed. R. Civ. P. 12 |

---

## DEFENDANTS GREG ABBOTT'S AND KEN PAXTON'S
## MOTION TO DISMISS PLAINTIFFS' COMPLAINT

---

NOW COMES Defendants Greg Abbott and Ken Paxton, who submit their Motion to Dismiss Plaintiffs' Complaint pursuant to Federal Rules of Civil Procedure 12(b)(1), (b)(2), and (b)(6). For the reasons stated in their accompanying memorandum of law, Defendants Abbott and Paxton ask this Court to dismiss Plaintiffs' claims against them with prejudice.[1]

This 21st day of December 2022        Respectfully submitted,

                                                  KEN PAXTON
                                                Attorney General of Texas

---

[1] Defendants Abbott and Paxton filed their Motion to Dismiss on December 19, 2022 and served the motion on all pro se parties by U.S. Mail. On December 20, 2022, the Court issued a Notice of Deficiency stating that undersigned counsel did not specify the parties served, method of service or date of service on pro se parties. The Notice further directed counsel to refile their motion to dismiss accompanied with a separate memorandum in support.

1

BRENT WEBSTER
First Assistant Attorney General

GRANT DORFMAN
Deputy First Assistant Attorney General

SHAWN COWLES
Deputy Attorney General for Civil Litigation

CHRISTOPHER HILTON
Chief, General Litigation Division

*/s/ Todd Dickerson*
TODD DICKERSON
Texas Bar No. 24118368
Office of the Attorney General
Assistant Attorney General
P.O. Box 12548, Capitol Station
Austin, Texas 78711-2548
TEL: (512) 463-2120 | FAX: (512) 320-0667
Todd.Dickerson@oag.texas.gov
**ATTORNEYS FOR DEFENDANTS
GREG ABBOTT AND KEN PAXTON**

**CERTIFICATE OF SERVICE**

Defendants Greg Abbott and Ken Paxton, by and through the undersigned counsel, certify that on December 21, 2022, Defendants' Greg Abbott's and Ken Paxton's Motion to Dismiss Plaintiffs' Complaint and the Memorandum in Support thereof and proposed order, were electronically filed with the Clerk of Court using the CM/ECF system which will send notification of such filing to the registered users listed below, and I hereby certify that I have mailed the documents to the following non-CM/ECF participants listed below:

| | | |
|---|---|---|
| Stephen D. Feldman<br>Robinson, Bradshaw & Hinson, P.A.<br>434 Fayetteville Street, Suite 1600<br>Raleigh, NC 27601<br>*Attorneys for Governor Kathy Hochul*<br>*Served via CM/ECF* | Hon. Sylvia O. Hinds-Radix<br>Marilyn Richter<br>Corporate Counsel of the City of New York<br>100 Church Street Rm. 2-180<br>New York, NY 10007<br>*Attorneys for Defendant Kings County New York*<br>*Served via CM/ECF* | Daniel G. Katzenbach<br>Cranfill Sumner LLP<br>5420 Wade Park Blvd<br>Suite 300<br>Raleigh, NC 27607<br>*Attorney for William Clark*<br>*Served via CM/ECF* |
| K. Paige O'Hale<br>Assistant United States Attorney<br>Civil Division<br>150 Fayetteville Street, Suite 2100<br>Raleigh, NC 27601<br>*Attorney for United States of America*<br>*Served via CM/ECF* | Derek Glenn Johannsen and Danielle Marie Uzelac Franke, Schultz and Mullen<br>8900 Ward Parkway<br>Kansas City, MO 64114<br>*Attorneys for William Clark, St. Francis Ministries*<br>*Served via CM/ECF* | R. Gregory Lewis<br>Vernis & Bowling of Charlotte, PLLC<br>4601 Park Road, Suite 580<br>Charlotte, NC 28209<br>*Attorney for Kids Central, Inc.*<br>*Served via CM/ECF* |
| George L. Simpson, IV<br>Simpson Law Firm PLLC<br>603 St. Mary's Street<br>Raleigh, NC 27605<br>*Attorney for Los Angeles County California*<br>*Served via CM/ECF* | Jennifer Gysler<br>Monroy, Averbuck & Gysler<br>200 N. Westlake Blvd Ste 204<br>Westlake Village, CA 91362<br>*Attorney for Los Angeles County California*<br>*Served via CM/ECF* | L. Phillip Hornthal, III<br>Law Office of Kris. J. Felthousen, PLLC<br>Post Office Box 626<br>509 Mustian Street<br>Kill Devil Hills, NC 27948<br>*Attorney for Kent County Michigan*<br>*Served via CM/ECF* |
| Neil Youngdahl<br>Varnum LLP<br>333 Bridge St NW<br>Ste. 1700<br>Grand Rapids, MI 49504<br>*Attorney for Kent County Michigan*<br>*Served via CM/ECF* | Smilee Lawson<br>61 County Road 2313<br>Salem, MO 65560<br>*Plaintiff Pro Se*<br>*Served via U.S. Mail* | Gerri Hood<br>985 Acord St.<br>Rockford, IL 61101<br>*Plaintiff Pro Se*<br>*Served via U.S. Mail* |
| Natasha Loach<br>400 Liberty St. Apt. 105<br>Killeen, TX 76543<br>*Plaintiff Pro Se*<br>*Served via U.S. Mail* | Glenda Cody<br>1012 Denver St.<br>El Dorado, KS 67042<br>*Plaintiff Pro Se*<br>*Served via U.S. Mail* | Malachi Chapman<br>470 Dekalb Ave. Apt. 8C<br>Brooklyn, NY 11205<br>*Plaintiff Pro Se*<br>*Served via U.S. Mail* |

Alan Meddows
5997 Smith Rd.
Pleasant Plant, IL 62677
*Plaintiff Pro Se*
*Served via U.S. Mail*

Heidi Davis
241 N. 4th St.
Grand Junction, CO 81501
*Plaintiff Pro Se*
*Served via U.S. Mail*

Melody Rodgers
201 W Bayshore Blvd.
Jacksonville, NC 28540
*Plaintiff Pro Se*
*Served via U.S. Mail*

Barbara Mast
5075 Saint Andrew Rd. Apt. 24
Mariposa, CA 95338
*Plaintiff Pro Se*
*Served via U.S. Mail*

Joy Tyler
1708 N 12 St. Apt. A
Fort Pierce, FL 34950
*Plaintiff Pro Se*
*Served via U.S. Mail*

Mahogany Hunter
8236 Troost Ave. Apt. 3R
Kansas City, MO 64131
*Plaintiff Pro Se*
*Served via U.S. Mail*

Brenda Blue
481 Cloverleaf Dr.
Lancaster, TX 75146
*Plaintiff Pro Se*
*Served via U.S. Mail*

Kathrine Thomas
1641 Bunker Hill Way
Salinas, CA 93906
*Plaintiff Pro Se*
*Served via U.S. Mail*

Queena Hackney
2616 Charlesgate Ave. SW
Wyoming, MI 49509
*Plaintiff Pro Se*
*Served via U.S. Mail*

Cecelia Evertez
47 Poverty Hollow Road
Newtown, CT 06470
*Plaintiff Pro Se*
*Served via U.S. Mail*

Keona Bradley
1828 E. 22nd St. N.
Wichita, KS 67219
*Plaintiff Pro Se*
*Served via U.S. Mail*

Raymond Sipult
P. O. Box 8091
Wichita, KS 67208
*Plaintiff Pro Se*
*Served via U.S. Mail*

Christina Anderson
2550 Ironwood Way Apt. E
Lexington Park, MD 20653
*Plaintiff Pro Se*
*Served via U.S. Mail*

Keshia Holliman
103 Gatlin Dr. 206A3
Dublin, GA 31027
*Plaintiff Pro Se*
*Served via U.S. Mail*

Renesha Tomlin
1501 Edith Blvd. SE Apt. 3
Albuquerque, NM 87102
*Plaintiff Pro Se*
*Served via U.S. Mail*

Connie Ford Johnson
700 Hollywood Rd.
Knoxville, TN 37919
*Plaintiff Pro Se*
*Served via U.S. Mail*

Kristina Singleton Baldwin
3223 Quincy St.
Fort Smith, AR 72903
*Plaintiff Pro Se*
*Served via U.S. Mail*

Ronisha Peters
1641 Bunker Hill Way
Salinas, CA 93906
*Plaintiff Pro Se*
*Served via U.S. Mail*

Daniel Blue
481 Cloverleaf Dr.
Lancaster, TX 75146
*Plaintiff Pro Se*
*Served via U.S. Mail*

Latasha Woolridge
529 Texas St. SE
Albuquerque, NM 87108
*Plaintiff Pro Se*
*Served via U.S. Mail*

Russ E. Cody
1012 N. Denver St.
Eldorado, KS 67042
*Plaintiff Pro Se*
*Served via U.S. Mail*

Deanna Robinson
2650 Moss Run Road
Marietta, OH 45750
*Plaintiff Pro Se*
*Served via U.S. Mail*

Laurie Reynolds
600 Victoria's Cir
Saint Marys, GA 31558
*Plaintiff Pro Se*
*Served via U.S. Mail*

Sally Borghese
510 Marsh Ridge Dr. NW #103
Grand Rapids, MI 49504
*Plaintiff Pro Se*
*Served via U.S. Mail*

Emily O'Dell
670 Elmwood Dr.
Woodway, TX 76712
*Plaintiff Pro Se*
*Served via U.S. Mail*

Loribeth Aaron
1501 S. Park Ln.
Apt. 902
Altus, OK 73521
*Plaintiff Pro Se*
*Served via U.S. Mail*

Shanequa B. Austin
534 N. Clinton Ave.
Rochester, NY 14605
*Plaintiff Pro Se*
*Served via U.S. Mail*

Steven Bradley
22036 N Canyon Hwy. 12
Phoenix, AZ 85027
*Plaintiff Pro Se*
*Served via U.S. Mail*

Teresa Goin
841 West Alpha Parkway
Waterford, MI 48328
*Plaintiff Pro Se*
*Served via U.S. Mail*

Tijana Vidanovic
13066 Gridley St.
Slymar, CA 91342
*Plaintiff Pro Se*
*Served via U.S. Mail*

Tina Brandon
510 E. Loop 281, Ste. B448
Longview, TX 75605
*Plaintiff Pro Se*
*Served via U.S. Mail*

William O'Dell
670 Elmwood Dr.
Woodway, TX 76712
*Plaintiff Pro Se*
*Served via U.S. Mail*

Dana Davis
20085 Mansfield
Detroit, MI 78235
*Plaintiff Pro Se*
*Served via U.S. Mail*

Rebecca Bogard
Leonardo Daniel
602 Crouch Ave.
Devine, TX 78016
*Plaintiff Pro Se*
*Served via U.S. Mail*

April Fox
3054 NW 203 Lane
Miami Gardens, FL 33056
*Plaintiff Pro Se*
*Served via U.S. Mail*

Carolyn McGee
706 Alder Ct.
Kenai, AK 99611
*Plaintiff Pro Se*
*Served via U.S. Mail*

Jessica Kirby
240 Hazelwood Ave.
#4
Pittsburgh, PA 15207
*Plaintiff Pro Se*
*Served via U.S. Mail*

Respectfully Submitted,

*/s/ Todd Dickerson*
TODD DICKERSON
Assistant Attorney General