IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:22-cv-178-FL

SAVE OUR CHILDREN TRUTH )
COMMISSION, ET AL, )
)
)
) **ORDER**
v. )
)
UNITED STATES OF AMERICA, ET AL )
)

## ORDER ON DEFENDANT'S MOTION FOR EXTENSION OF TIME TO RESPOND TO THE COMPLAINT

In the above-entitled action, Defendant, KIDS CENTRAL, INC., filed its Motion for Extension of Time to Respond to Plaintiffs' Complaint.

It is: ORDERED AND ADJUDGED that said Motion is GRANTED. Defendant, KIDS CENTRAL, INC., shall file its response to Plaintiffs' Complaint on or before January 15, 2023.

This the 21st day of December, 2022.

/s/ Peter A. Moore, Jr.
Clerk of Court, US District Court
for the Eastern District of North Carolina