# UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT

LEWIS F. POWELL, JR. UNITED STATES COURTHOUSE ANNEX
1100 EAST MAIN STREET, SUITE 501
RICHMOND, VIRGINIA 23219-3517
WWW.CA4.USCOURTS.GOV

PATRICIA S. CONNOR
CLERK

TELEPHONE
(804) 916-2700

March 13, 2023

Peter A. (Statt) Moore, Clerk
U.S. District Court
Eastern District of North Carolina
Post Office Box 25670
Raleigh, NC 27611-5670

    Re:   *Kristen Clark-Hassel v. United States Government et al*
          7:22-cv-00178-FL

Dear Mr. Moore:

    The enclosed notice of appeal was received by this court on March 7, 2023.

    In accordance with Rule 4(d) of the Federal Rules of Appellate Procedure, the notice has been date stamped and is being forwarded to your court for appropriate disposition. *See* FRAP 4(d) ("If a notice of appeal in either a civil or a criminal case is mistakenly filed in the court of appeals, the clerk of that court must note on the notice the date when it was received and send it to the district clerk. The notice is then considered filed in the district court on the date so noted.").

    If this notice of appeal duplicates a notice already received by the district court, the notice need not be transmitted to this court a second time.

                                              Yours truly,

                                              Patricia S. Connor

PSC:cth
Enclosure

cc:     Kristen Clark-Hassel (w/ stamped 1st page)
        108 Plantation Court Street
        Saint Marys, GA 31558

UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

NO. 7:22-CV-178-FL

KRISTEN CLARK-HASSELL, et al., )
)
        Plaintiffs, )        **Notice of Appeal (Amended)**
)
v. )
)
UNITED STATES GOVERNMENT, et al., )
)
        Defendants, )

Notice is hereby given that (plaintiffs) (defendants) in the above named case,* hereby appeal to the United States Court of Appeals for the FOURTH Circuit Court Of Appeals entered in this action on the 28th day of December, 2022.

(s) _Kristen Clark_ 2/20/2023
_Kristen Clark-Hassell_
_148 Plantation Ct_
_Saint Marys, GA 31558_
(Address)

Attorney for _SELF-REPRESENTED_
Address: _108 Plantation Ct_
_Saint Marys, GA 31558_

Dated: February 22, 2023
*See Rule 3(c) for permissible ways of identifying appellants.

RECEIVED
2023 MAR -7 PM 2:08
U.S. COURT OF APPEALS
FOURTH CIRCUIT

United States District Court for the EASTERN

District of NORTH CAROLINA SOUTHERN DIVISION

File Number 7:22-cv-00178-FL

KRISTEN CLARK-HASSELL )
)
v. ) Notice of Appeal
)
UNITED STATES GOVERNMENT )
ET. AL. )

Notice is hereby given that KRISTEN CLARK-HASSELL (plaintiffs) (defendants) in the above named case,* hereby appeal to the United States Court of Appeals for the Fourth Circuit COURT OF APPEALS entered in this action on the 7th day of DEC, 2022.

(s) _____ 2/20/2023
_____ 2/20/2023

Kristen Clark-Hassell
(Address)
Attorney for SELF-REPRESENTED
Address: 108 Plantation Ct
Saint Marys, GA 31558

* See Rule 3(c) for permissible ways of identifying appellants.

# UNITED STATES DISTRICT COURT
for the

KRISTEN CLARK-HASSELL, et al.,  )
Plaintiff/Petitioner             )
                                 )
v.                               )  Civil Action No. 7:22-CV-178-FL
                                 )
UNITED STATES GOVERNMENT, et al.,)
Defendant/Respondent             )

## APPLICATION TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING FEES OR COSTS
(Long Form)

**Affidavit in Support of the Application**

I am a plaintiff or petitioner in this case and declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief requested. I declare under penalty of perjury that the information below is true and understand that a false statement may result in a dismissal of my claims.

Signed: _[signature]_

**Instructions**

Complete all questions in this application and then sign it. Do not leave any blanks: if the answer to a question is "0," "none," or "not applicable (N/A)," write that response. If you need more space to answer a question or to explain your answer, attach a separate sheet of paper identified with your name, your case's docket number, and the question number.

Date: 28 February 2023

1. For both you and your spouse estimate the average amount of money received from each of the following sources during the past 12 months. Adjust any amount that was received weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate. Use gross amounts, that is, amounts before any deductions for taxes or otherwise.

| Income source | Average monthly income amount during the past 12 months | | Income amount expected next month | |
|---|---|---|---|---|
| | You | Spouse | You | Spouse |
| Employment | $ 1830.00 | $ | $ | $ |
| Self-employment | $ — | $ | $ | $ |
| Income from real property *(such as rental income)* | $ — | $ | $ | $ |
| Interest and dividends | $ — | $ | $ | $ |
| Gifts | $ — | $ | $ | $ |
| Alimony | $ — | $ | $ | $ |
| Child support | $ — | $ | $ | $ |

| | | | | |
|---|---|---|---|---|
| Retirement (such as social security, pensions, annuities, insurance) | $ 1425.00 | $ | $ | $ |
| Disability (such as social security, insurance payments) | $ 0 | $ | $ | $ |
| Unemployment payments | $ 0 | $ | $ | $ |
| Public-assistance (such as welfare) | $ 0 | $ | $ | $ |
| Other (specify): | $ 0 | $ | $ | $ |
| Total monthly income: | $ 3,225.00 | $ 0.00 | $ 0.00 | $ 0.00 |

2. List your employment history for the past two years, most recent employer first. *(Gross monthly pay is before taxes or other deductions.)*

| Employer | Address | Dates of employment | Gross monthly pay |
|---|---|---|---|
| Door Dash | 901 Market Street 6th Floor San Francisco, CA 94103 | 2/2020 - Present | $ 480.00 |
| Big Lot Sales | 56 Hightower St Lot 2 Saint Marys, GA 31558 | 12/2020 - 11/2022 | $ 1350.00 |

3. List your spouse's employment history for the past two years, most recent employer first. *(Gross monthly pay is before taxes or other deductions.)*

| Employer | Address | Dates of employment | Gross monthly pay |
|---|---|---|---|
| | | | $ — |
| | | | $ — |
| | | | $ — |

4. How much cash do you and your spouse have? $ 0

Below, state any money you or your spouse have in bank accounts or in any other financial institution.

| Financial institution | Type of account | Amount you have | Amount your spouse has |
|---|---|---|---|
| Navy Federal Credit Union | Checking/Savings | $ 0 | $ — |
| Georgia's Own | Checking/Savings | $ 0 | $ — |
| | | $ | $ — |

If you are a prisoner, you must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.

5. List the assets, and their values, which you own or your spouse owns. Do not list clothing and ordinary household furnishings.

| Assets owned by you or your spouse | | |
|---|---|---|
| Home *(Value)* Son's House I am on as Cosigner | | $ 160,000.00 |
| Other real estate *(Value)* | | $ — |
| Motor vehicle #1 *(Value)* | | $ 2,600.00 |
| Make and year: | Honda 2004 | |
| Model: | Odyssey | |
| Registration #: | | |
| Motor vehicle #2 *(Value)* | | $ — |
| Make and year: | | |
| Model: | | |
| Registration #: | | |
| Other assets *(Value)* | | $ — |
| Other assets *(Value)* | | $ — |

6. State every person, business, or organization owing you or your spouse money, and the amount owed.

| Person owing you or your spouse money | Amount owed to you | Amount owed to your spouse |
|---|---|---|
| | $ 0.00 | $ |
| | $ 0.00 | $ |
| | $ 0.00 | $ |

7. State the persons who rely on you or your spouse for support.

| Name (or, if under 18, initials only) | Relationship | Age |
|---|---|---|
| NATHAN CLARK | Son | 18 |
| | | |
| | | |

8. Estimate the average monthly expenses of you and your family. Show separately the amounts paid by your spouse. Adjust any payments that are made weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate.

| | You | Your spouse |
|---|---|---|
| Rent or home-mortgage payment *(including lot rented for mobile home)* <br> Are real estate taxes included? ☐ Yes ☒ No <br> Is property insurance included? ☐ Yes ☒ No | $ 1100.00 | $ |
| Utilities *(electricity, heating fuel, water, sewer, and telephone)* | $ 532.00 | $ |
| Home maintenance *(repairs and upkeep)* | $ — | $ |
| Food | $ 180.00 | $ |
| Clothing | $ — | $ |
| Laundry and dry-cleaning | $ — | $ |
| Medical and dental expenses | $ 20.00 | $ |
| Transportation *(not including motor vehicle payments)* | $ 200.00 | $ |
| Recreation, entertainment, newspapers, magazines, etc. | $ — | $ |
| Insurance *(not deducted from wages or included in mortgage payments)* | | |
|    Homeowner's or renter's: | $ 146.00 | $ |
|    Life: | $ 18.00 | $ |
|    Health: | $ — | $ |
|    Motor vehicle: | $ 176.00 | $ |
|    Other: | $ — | $ |
| Taxes *(not deducted from wages or included in mortgage payments) (specify)*: | $ 45.00 | $ |
| Installment payments | | |
|    Motor vehicle: (Repo) | $ 551.00 | $ |
|    Credit card *(name)*: Credit One, Total, Fingr, REVII (Consolidator) | $ 310.00 | $ |
|    Department store *(name)*: | $ — | $ |
|    Other: | $ — | $ |
| Alimony, maintenance, and support paid to others | $ 500.00 | $ |

| | | |
|---|---|---|
| Regular expenses for operation of business, profession, or farm *(attach detailed statement)* | $ 0.00 | $ |
| Other *(specify)*: | $ — | $ |
| Total monthly expenses: | $ 3778.00 | $ 0.00 |

9. Do you expect any major changes to your monthly income or expenses or in your assets or liabilities during the next 12 months?

   ☐ Yes  ☒ No   If yes, describe on an attached sheet.

10. Have you spent — or will you be spending — any money for expenses or attorney fees in conjunction with this lawsuit?  ☐ Yes  ☒ No

    If yes, how much?  $

11. Provide any other information that will help explain why you cannot pay the costs of these proceedings.

    Car accident gave me a TBI and now I have been searching for a job. Hope to have all requirements completed in a month for a job I applied for.

12. Identify the city and state of your legal residence.

    Saint Marys, GA

    Your daytime phone number: (912) 322-1897

    Your age: 43    Your years of schooling: 4 yrs college

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:22-CV-178-FL

KRISTEN CLARK-HASSELL, et al.,            )
                                          )
                   Plaintiffs             )
                                          )
     v.                                   )
                                          )     **CERTIFICATE OF SERVICE**
UNITED STATES GOVERNMENT, et al.,         )
                                          )
                   Defendants             )
                                          )

I hereby certify that on March 6, 2023, a copy of NOTICE OF APPEAL and an AMENDED NOTICE OF APPEAL (changed date of order to correct date of December 28, 2022) was served upon the following person(s) herein to their respective addresses by the following ways: U.S. Mail/Certified U.S. Mail/U.P.S./Ground Mail/FedEx

(s) _[signature]_ 3/6/2023

KRISTEN CLARK-HASSELL

108 Plantation Ct
Saint Marys, GA 31558

Attorney for: SELF REPRESENTED
Address: 108 Plantation Ct
Saint Marys, GA 31558

Dated: March 6th, 2023

*See Rule 3(c) for permissible ways of identifying appellants.

## CERTIFICATE OF SERVICE

I swear that on _March 6th, 2023_ [Date] I have served the persons and/or representative as addressed below, the following documents below:

**CERTIFICATE OF INTERESTED PARTIES.**

1. UNITED STATES GOVERNMENT
U.S. Department of Justice
950 Pennsylvania Avenue
NW Washington, DC 20530-0001

2. JOE BIDEN
U.S. Department of Justice
950 Pennsylvania Avenue,
NW Washington, DC 20530-0001

3. KAMALA HARRIS
U.S. Department of Justice
950 Pennsylvania Avenue
NW Washington, DC 20530-0001

4. XAVIER BECERRA
200 Independence Avenue
SW Washington, DC 20530-0001

5. MERRICK B. GARLAND
U.S. Department of Justice 950
Pennsylvania Avenue
NW Washington, DC 20530-0001

6. JERRY MILNER
187 Mullis Creek
Pike Road, Alabama 20201

7. RACHEL LEVINE
330 C. St. SW
Washington, DC 20001

8. GAVIN NEWSOM
1021 0 Street, Suite 9000 Sacramento
California 95814

9. JERRY BROWN
1021 0 Street,
Suite 9000
Sacramento, California 95814

10. ELENI KOUNALAKIS
1021 0 St.,
Suite 8730
Sacramento, California 95814

11. GREG ABOTT
1100 San Jacinto Blvd.,
Austin, Texas 78701

12. DAN PATRICK
1100 San Jacinto Blvd., Austin,
Texas, 78701

13. SUSANA MARTINEZ
9500 Layton Place
Albuquerque, NM 87111

14. MICHELLE LUJAN-GRISHAW
490 Old Santa Fe, Trail Room,
Santa Fe, New Mexico 87501

15. DOUG DUCEY
1700 W. Washington St.,
Phoenix, Arizona 85007

16. RON DESANTIS
400 S. Monroe St.

Tallahassee, Florida 32399

17. TOM WOLF
508 Main Capital Building,
Harrisburg, Pennsylvania 17120

18. BRIAN KEMP
206 Washington St.,
111 State Capitol, Suite 203
Atlanta, Georgia 30334

19. BILL LEE
State Capitol, First Floor
Suite 600 Dr. Martin Luther King
Jr. Blvd Nashville, Tennessee 37243

20. MICHEAL DUNLEAVY
P .O. BOX 110001 Juneau
Alaska, 99811-0001

21. KATHLEEN LAURA KELLY
State House 300 South West 10th Ave,
#241s, Topeka, Kansas 66612

22. KATHY HOCHUL
NYS State Capitol Building
Albany, New York 12224

23. GRETCHEN WHITMER
111 S. Capitol Ave.,
Lansing, Michigan 48933

24. JACKEY LACEY
17901 Mayerline St
Granada Hills, California 91344

25. ROB BONTA
300 5. Spring St.
Los Angeles CA 90013-1230

26. KEN PAXTON
P.O. Box 12548
Austin, Texas 78711-2548

27. JAIMIE MASTERS
P.O. Box 149030
Austin, Texas 78714-9030

28. WILLIAM CLARK
PRESIDENT OF SAINT FRANCIS MINISTRIES
509 E. Elm St.
Salima, Kansas 67401

29. St. Francis Ministries
4155 E. Harry St.
Wichita, Kansas, 67218

30. Kids Central Inc Aka
The Centers Inc.
901 Industrial Dr.
Suite 200
Wildwood, Florida 34785

31. MARICOPA COUNTY ARIZONA
301 W. Jefferson St.
Phoenix, Arizona 85003

32. SEBASTIAN COUNTY ARKANSAS
901 B. St. 5, Suite 209,
Fort Smith, Arizona 72901

33. SCOTT COUNTY ARKANSAS
100 W. 1st St.
Waldron, Arkansas 72958

34. LOS ANGELES COUNTY CALIFORNIA
300 Spring St. Los Angeles
California 90013

35. RIVERSIDE COUNTY CALIFORNIA
3960 Orange St.,
Riverside, California 92501

36. MONTEREY COUNTY CALIFORNIA
142 W. Alisal St.
Suite A
Salinas, California 93901

37. MARION COUNTY FLORIDA
601 SE 25th Ave.
Ocala, Florida 34471

38. MIAMI-DADE COUNTY FLORIDA
GERI BONZON-KEENAN
COUNTY ATTORNEY GENERAL
Stephen P. Clark Center
111 NW 1st Street
Miami, FL 33128

39. ST. LUCIE COUNTY FLORIDA
411 S. 2No St.
Fort Pierce Florida, 34509

40. CAMDEN COUNTY GEORGIA
210 E. 4th St.
Woodbine, Georgia, 31569

41. LAURENS COUNTY GEORGIA
101 N. Jefferson St.
Dublin, Georgia, 31021

42. HUTCHINSON COUNTY KANSAS
120 SW 10th Ave, Topeka Kansas

43. SEDGWICK COUNTY KANSAS
1900 E. Morris
Wichita, Kansas 67211

44. ST. MARY'S COUNTY MARYLAND
23110 Leonard Hall Dr.
Leonardtown, Maryland 20650

45. KENT COUNTY MICHIGAN
8201 Ionia Ave NW
Grand Rapids, Michigan 49503

46. OAKLAND COUNTY MICHIGAN
1200 N. Telegraph Rd.
West Wing-Building
14E
Pontiac, Michigan, 48341

47. BERNALILLO COUNTY NEW MEXICO
Steve Schiff District Attorney
Building, 520 Lomas NW, Fourth Floor
Albuquerque, New Mexico 87102

48. KINGS COUNTY NEW YORK
350 Jay St. 16th Floor
Brooklyn, New York 11201

49. MONROE COUNTY NEW YORK
47 5. Fitzhugh St.
Rochester, New York 14614

50. WASHINGTON COUNTY OHIO
205 Putnam St.
Marietta, Ohio, 45750

51. ALLEGHANY COUNTY PENNSYLVANIA
300 Fort Pitt Commons Building,
Fort Pitt Blvd.
Pittsburg, Pennsylvania 15219

52. MCLENNAN COUNTY TEXAS
219 N. 6th St.
#200
Waco, Texas 76701

53. BELL COUNTY TEXAS
1201 Huey Dr.
Belton, Texas, 76513

54. WICHITA COUNTY TEXAS
900 7th St.
Wichita Falls, Texas, 76301

55. BLOUNT COUNTY TENNESSEE
Blount County Justice Center
942 E. Lamar Alexander Pkwy.,
Maryville, Tennessee, 37804

