IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
Civil Action No. 7:22-cv-00178-FL

REYNOLDS, et al.

    PLAINTIFFS,

v.

UNITED STATES GOVERNMENT, et al.

    DEFENDANTS.

**ORDER ON MOTION FOR CLARIFICATION AND EXTENSION OF TIME**

## ORDER

THE COURT, having reviewed the Motion for Clarification and Extension of Time filed by defendants' William Clark and St. Francis Ministries' Motion hereby finds good cause such that the Motion is Granted. Defendants Clark and St. Francis are hereby granted up to and including March 27, 2023 to file their Reply in Support of the Motion to Dismiss.

It is so Ordered this the 13th day of March, 2023.

                _____
                LOUISE W. FLANAGAN
                United States District Judge