UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

| | |
|---|---|
| LAURIE REYNOLDS, et al. ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | **JUDGMENT** |
| ) | |
| ) | No. 7:22-CV-178-FL |
| UNITED STATES GOVERNMENT, et al ) | |
| Defendants ) | |

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration of defendants' motions to dismiss and various pro se motions, following order and recommendation of the United States Magistrate Judge.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the order entered on December 7, 2022, and for the reasons set forth more specifically therein, where plaintiffs did not timely correct deficiencies on notices of self-representation or financial disclosure statements, they are DISMISSED without prejudice from this action for failure to prosecute: Dmtri Cash, Lisa Cash, David Mines, Robert Lisby, Jr., Stephanie Humphrey, Kenya Cloud, Desiree Peterson, Elizabeth Andrews, Joe Steinke, Wilniesa Turner, Elani Wells, Gail Turner, Destiny Feather, Jon Eifer, Amanda Hunt, Smilee Lawson, Brandee Ritsema, and Kristen Clark-Hassel

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered January 6, 2023, and for the reasons set forth more specifically therein, and in accordance with the court's December 7, 2022, order, only the following individuals remain as plaintiffs in this case: 1) Keona Bradley, 2) Raymond Sipult, 3) Glenda Cody, 4) Russ Cody, 5) Cecelia Evertez, and 6) Laurie Reynolds. All other plaintiffs named in the complaint are DISMISSED for failure to prosecute and failure to follow the court's orders. In addition, the court DENIES the pending pro se motions to intervene, motion to add defendant, motion for leave to file new evidence, and motion for default judgment.

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered February 27, 2023, and for the reasons set forth more specifically therein, that pro se motions to set aside judgment or for reconsideration, motions to intervene and for reconsideration of denial of intervention, motions for default judgment and motions for leave to proceed in forma pauperis are DENIED.

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** in accordance with the court's orders entered May 4, 2023, July 21, 2023, August 2, 2023 and August 21, 2023, and for the reasons set forth more specifically therein, the court denies pro se plaintiffs' motions and GRANTS defendants' motions to dismiss. Appeal of magistrate judge order is DENIED.

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered September 19, 2023, and for the reasons set forth more specifically therein, all remaining defendants are DISMISSED for failure to serve and for failure to show good cause for the same.

**This Judgment Filed and Entered on September 19, 2023, and Copies To:**
Laurie Reynolds (via US mail) 600 Victoria's Cir, Saint Marys, GA 31558
Cecelia Evertez (via US mail) 47 Poverty Hollow Road, Newtown, CT 06470
Raymond Sipult (via US mail) P. O. Box 8091, Wichita, KS 67208
Glenda and Russ Cody (via US mail) 1012 Denver St., El Dorado, KS 67042
Keona Bradley (via US mail) 1828 E. 222nd Street North, Wichita, KS 67219-4539
Katharine Paige O'Hale (via CM/ECF Notice of Electronic Filing)
Todd A. Dickerson (via CM/ECF Notice of Electronic Filing)
Anthony Dean Johnson (via CM/ECF Notice of Electronic Filing)
Heather C Ross (via CM/ECF Notice of Electronic Filing)
Crystal B Moe (via CM/ECF Notice of Electronic Filing)
Daniel G. Katzenbach / Derek Glenn Johannsen /   Danielle Marie Uzelac (via CM/ECF Notice of Electronic Filing)
Karen N Nissen / Ashley Nicole Landrum / R. Gregory Lewis (via CM/ECF Notice of Electronic Filing)
George L. Simpson , IV / Jennifer Gysler (via CM/ECF Notice of Electronic Filing)
Aerin Murphy (via CM/ECF Notice of Electronic Filing)
Erica Zaron (via CM/ECF Notice of Electronic Filing)
L. Phillip Hornthal , III / Neil Youngdahl (via CM/ECF Notice of Electronic Filing)
Marilyn Richter (via CM/ECF Notice of Electronic Filing)

September 19, 2023            PETER A. MOORE, JR., CLERK

                                     /s/ Sandra K. Collins
                                   (By) Sandra K. Collins, Deputy Clerk